**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of Texas

Case number *(If known)*:

Chapter you are filing under:

Chapter 7
Chapter 11
Chapter 12
Chapter 13

Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Jessica<br>First name<br>Margaret<br>Middle name<br>Escue<br>Last name<br>I<br>Suffix (Sr., Jr., II, III) | First name<br>Middle name<br>Last name<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br>Middle name<br>Last name<br>Business name (if applicable) | First name<br>Middle name<br>Last name<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx - xx - 2997 | xxx - xx - |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
| | 1929 N Lake Trail<br>Number Street | Number Street |
| | Denton TX 76201-0601<br>City State ZIP Code | City State ZIP Code |
| | DENTON-TX<br>County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | Number Street | Number Street |
| | P.O. Box | P.O. Box |
| | City State ZIP Code | City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>I have another reason. Explain. (See 28 U.S.C. § 1408.) |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

Chapter 7
Chapter 11
Chapter 12
Chapter 13

**8. How you will pay the fee**

**I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

**I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

**I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

No.
Yes. District ______ When ______ Case Number ______
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

No.
Yes. Debtor ______ Relationship to you ______
District ______ When ______ Case Number, if known ______
MM / DD / YYYY

**11. Do you rent your residence?**

No. Go to line 12
Yes. Has your landlord obtained an eviction judgment against you?

No No. Go to line 12
Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 Jessica Margaret Escue | Case number (*if known*)

First Name Middle Name Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

No. Go to Part 4.

Yes. Name and location of business

Name of business, if any

Number Street

City State ZIP Code

*Check the appropriate box to describe your business:*

- Health Care Business (as defined in 11 U.S.C. § 101(27A))
- Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- Stockbroker (as defined in 11 U.S.C. § 101(53A))
- Commodity Broker (as defined in 11 U.S.C. § 101(6))
- None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

No. I am not filing under Chapter 11.

No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

No.

Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number Street

City State ZIP Code

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

**I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

**I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any

**I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

**I am not required to receive a briefing about credit counseling because of:**

**Incapacity.** I have a mental illness or a mental deficiency that makes meincapable of realizing or making rational decisions about finances.

**Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

**Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

**I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

**I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any

**I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

**I am not required to receive a briefing about credit counseling because of:**

**Incapacity.** I have a mental illness or a mental deficiency that makes meincapable of realizing or making rational decisions about finances.

**Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

**Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Jessica Margaret Escue | Case number (*if known*)

First Name Middle Name Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

No. Go to line 16b.

Yes. Go to line 17

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

No. Go to line 16c.

Yes. Go to line 17

16c. State the type of debts you owe that are not consumer debts or business debts.

______________________________

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

No. I am not filing under Chapter 7. Go to line 18

Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

No

Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| 1-49 | 1,000-5,000 | 25,001-50,000 |
| 50-99 | 5,001-10,000 | 50,001-100,000 |
| 100-199 | 10,001-25,000 | More than 100,000 |
| 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| $0-$50,000 | $1,000,001-$10 million | $500,000,001-$1 billion |
| $50,001-$100,000 | $10,000,001-$50 million | $1,000,000,001-$10 billion |
| $100,001-$500,000 | $50,000,001-$100 million | $10,000,000,001-$50 billion |
| $500,001-$1 million | $100,000,001-$500 million | More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| $0-$50,000 | $1,000,001-$10 million | $500,000,001-$1 billion |
| $50,001-$100,000 | $10,000,001-$50 million | $1,000,000,001-$10 billion |
| $100,001-$500,000 | $50,000,001-$100 million | $10,000,000,001-$50 billion |
| $500,001-$1 million | $100,000,001-$500 million | More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** ______________________________
Signature of Debtor 1

Executed on 10/02/2026
MM / DD / YYYY

**X** ______________________________
Signature of Debtor 2

Executed on ______________
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** ______________________________ Date ______________
Signature of Attorney for Debtor MM / DD / YYYY

______________________________
Printed name

______________________________
Firm name

______________________________
Number Street

______________________________
City State ZIP Code

Contact phone ______________ Email address ______________

______________________________
Bar number State

Debtor 1 Jessica Margaret Escue | Case number (*if known*)

First Name Middle Name Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

No

Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

No

Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

No

Yes. Name of Person ______________________

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| | |
|---|---|
| **X** ______________________ | **X** ______________________ |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date 10/02/2026 (MM / DD / YYYY) | Date ________ (MM / DD / YYYY) |
| Contact phone | Contact phone |
| Cell phone | Cell phone |
| Email address jessicamescue@gmail.com | Email address |

**Fill in this information to identify your case:**

Debtor 1: Jessica Margaret Escue I
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known):

Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

No

Yes. Name of person ____________________. *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X ____________________
Signature of Debtor 1

Date 10/02/2026
MM / DD / YYYY

X ____________________
Signature of Debtor 2

Date ____________
MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1: Jessica Margaret Escue I
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing):
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known):

Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 7,629.02 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 7,629.02 |

## Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $ |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 633,437.31 |
| **Your total liabilities** | $ 633,437.31 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ 306.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ 5,074.73 |

Debtor 1 Jessica Margaret Escue Case number (*if known*)

First Name Middle Name Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

Yes

7. **What kind of debt do you have?**

**Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

**Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 421.40

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

Debtor 1: Jessica | Margaret | Escue | I
First Name | Middle Name | Last Name

Debtor 2 (Spouse, if filing): ______
First Name | Middle Name | Last Name

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known): ______

Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

No. Go to Part 2.

Yes. Where is the property?

Street address, if available, or other description

City State ZIP Code

County

**What is the property?** Check all that apply.
- Single-family home
- Duplex or multi-unit building
- Condominium or cooperative
- Manufactured or mobile home
- Land
- Investment property
- Timeshare
- Other ______

**Who has an interest in the property?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ ______
**Current value of the portion you own?** $ ______

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ........ ➔ $ 0.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

No

Yes

3.1 Make: Toyota
Model Prius
Year: 2007
Approximate mileage: 264000
Other information:
Badly wrecked when struck by Margaret Vyers on January 30, 2026 and still possessing extensive damage from this negligent incident

**Who has an interest in the property?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 1,069.00 | $ 1,069.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

No
Yes

Make:
Model
Year:
Other information:

**Who has an interest in the property?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.** .......... ➔ $ 1,069.00

## Part 3: Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| 6. **Household goods and furnishings**<br>*Examples*: Major appliances, furniture, linens, china, kitchenware<br>No<br>Yes. Describe. ....... Sofa sectional used, miscellaneous small used furnishings and housewares | $ 2,400.00 |
| 7. **Electronics**<br>*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games<br>No<br>Yes. Describe. ....... Samsung Television purchased for $1,000 in 2009 | $ 100.00 |
| 8. **Collectibles of value**<br>*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles<br>No<br>Yes. Describe. ....... | $ |
| 9. **Equipment for sports and hobbies**<br>*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments<br>No<br>Yes. Describe. ....... | $ |
| 10. **Firearms**<br>*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment<br>No<br>Yes. Describe. ....... | $ |
| 11. **Clothes**<br>*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories<br>No<br>Yes. Describe. ....... Miscellaneous used clothing | $ 500.00 |
| 12. **Jewelry**<br>*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver<br>No<br>Yes. Describe. ....... | $ |

Debtor 1 Jessica Margaret Escue — Case number (*if known*)
First Name Middle Name Last Name

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

No

Yes. Describe. ....... I have three medical service dogs that are all highly saturated mixed-breeds, I have an elderly cat who is an ESA animal. My animals have all been rescued from shelters or the street and have no financial value. My cat Juno who was stolen May 22, 2026 is still missing and is listed as having estimated value on a police report for the purpose of her theft. The value listed is based upon her physical traits and potential to possess some portion of a European breed deemed valuable by appearance alone. Juno was abandoned in a hotel parking lot with a fractured skull and is for all intents and purposes a rescued stray cat. $ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

No

Yes. Give specific information. .......... $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.** .......... ➔ $ 3,000.00

Debtor 1 Jessica Margaret Escue — Case number (*if known*)

First Name / Middle Name / Last Name

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

No

Yes ................................................................ Cash: ................ $

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

No

Yes...................

| | | Institution name: | |
|---|---|---|---|
| 17.1 | Checking account: | Mercury | $ 6.02 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

No

Yes................... Institution or issuer name:

$

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

No

Yes. Give specific information about them ....................

| Name of entity: | % of ownership: | |
|---|---|---|
| Intermedium Pictures LLC | 100 % | $ 0.00 |
| Meditation House LLC | 100 % | $ 0.00 |
| Intermedium Studios LLC | 100 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

No

Yes. Give specific information about them .................... Issuer name:

$

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

No

Yes. List each account separately. Type of account: Institution name:

Debtor 1 Jessica Margaret Escue — Case number (*if known*)

First Name / Middle Name / Last Name

$

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

No

Yes......................... Institution name or individual:

| | | | |
|---|---|---|---|
| Security deposit on rental unit: | Stephen McKay Harcus | $ | 3,000.00 |
| Electric: | Denton Municipal Electric | $ | 554.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

No

Yes......................... Issuer name and description:

$

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

No

Yes......................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

No

Yes. Give specific information about them .....

I have an active Revocable Living Trust titled "The Jessica Escue Revocable Trust." Debtor is Settlor, Trustee, maintains sole interest and is currently the Sole Beneficiary of this active, revocable living trust, except for unborn children who are named by the trust as beneficiaries in the event I have a child(ren). The sole assets held by this trust are 100% membership interests in Intermedium Pictures LLC and Meditation House LLC (Series A and Series B). These LLCs currently hold no assets, have no active business operations, and have a net value of $0.00. Therefore, the trust itself has a net equitable value of $0.00.

$ 0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

No

Yes. Give specific information about them .....

$

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

No

Yes. Give specific information about them .....

$

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1 Jessica Margaret Escue — Case number (*if known*)
First Name / Middle Name / Last Name

28. **Tax refunds owed to you**

No

Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................

Federal: $
State: $
Local: $

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

No

Yes. Give specific information. ........

Alimony: $
Maintenance: $
Support $
Divorce Settlement: $
Property Settlement: $

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

No

Yes. Give specific information. ........ $

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

No

Yes. Name the insurance company of each policy and list its value. .... Company name: Beneficiary: $

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

No

Yes. Give specific information. ........ $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

No

Yes. Give specific information. ........

The party who struck my vehicle on January 30, 2026, Margaret Vyers, is represented by Allstate, Claim #000817796922. The adjuster, Balkisa Krider, has asserted in written correspondence that the claim is worth $7,000. I am still seeking medical care for my injuries related to this claim and do not anticipate completion of said care until 2028 or later. I currently have my next projected major medical procedure requiring anesthesia set to take place on January 28, 2027; Unfiled lawsuit against Christian Brothers Corinth for damage occurring to my Toyota Prius while in their possession. Christian Brothers should have filed an insurance claim and there is evidence that someone broke into the vehicle while on their lot. Statutes to file this lawsuit expire next month in November 2026.

$ 0.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

No

Yes. Give specific information. ........ Pending lawsuit against All My Sons, DENTON COUNTY Justice Court Precinct 5, Cause S25-0129J5; Pending lawsuit against Stephen McKay Harcus, DENTON COUNTY District Court 431st Judicial District, Cause 26-102230431 for statutory penalties for retaliatory eviction(s). $ 0.00

35. **Any financial assets you did not already list**

No

Yes. Give specific information. ........ $

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ ➔ $ 3,560.02

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

No. Go to Part 6.

Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

No

Yes. Describe ....... $

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

No

Yes. Describe ....... $

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

No

Yes. Describe ....... $

41. **Inventory**

No

Yes. Describe ....... $

42 **Interests in partnerships or joint ventures**

No

Yes. Describe ....... Name of entity: % of ownership:

0 % $

43. **Customer lists, mailing lists, or other compilations**

No

Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

No

Yes. Describe ....... $

44. **Any business-related property you did not already list**

No

Yes. Give specific information ........... $

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ $ 0.00

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

No. Go to Part 7.

Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

No

Yes .................... $

48. **Crops—either growing or harvested**

No

Yes. Give specific information .......... $

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

No

Yes .................... $

50. **Farm and fishing supplies, chemicals, and feed**

No $

Yes ....................

51. **Any farm- and commercial fishing-related property you did not already list**

No

Yes. Give specific information .......... $

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................ ➔ $

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
No
Yes. Give specific information .......... $

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ➔ $ 0.00

## Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** ➔ | | | $ 0.00 |
| 56. **Part 2: Total vehicles, line 5** | $ 1,069.00 | | |
| 57. **Part 3: Total personal and household items, line 15** | $ 3,000.00 | | |
| 58. **Part 4: Total financial assets, line 36** | $ 3,560.02 | | |
| 59. **Part 5: Total business-related property, line 45** | $ 0.00 | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $ | | |
| 61. **Part 7: Total other property not listed, line 54** | +$ 0.00 | | |
| 62. **Total personal property.** Add lines 56 through 61. ........... | $ 7,629.02 | Copy personal property total ➔ | +$ 7,629.02 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62. | | | $ 7,629.02 |

**Fill in this information to identify your case:**

| | First Name | Middle Name | Last Name | |
|---|---|---|---|---|
| Debtor 1 | Jessica | Margaret | Escue | I |
| Debtor 2 (Spouse, if filing) | | | | |

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known) ____________

Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own?** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: ____ Line from *Schedule A/B:* ____ | $ ____ | $ ____ 100% of fair market value, up to any applicable statutory limit | ____ |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   No

   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   No

   Yes

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Jessica | Margaret | Escue | I |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known) ______

Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| Creditor's Name ______<br>Number Street ______<br>______<br>City State ZIP Code<br>**Who owes the debt?** Check one.<br>Debtor 1 only<br>Debtor 2 only<br>Debtor 1 and Debtor 2 only<br>At least one of the debtors and another<br>**Check if this claim is for a community debt**<br>**Date debt was incurred** ______<br>**Describe the property that secures the claim:**<br>**As of the date you file, the claim is:** Check all that apply.<br>Contingent<br>Unliquidated<br>Disputed<br>**Nature of lien.** Check all that apply.<br>An agreement you made (such as mortgage or secured car loan)<br>Statutory lien (such as tax lien, mechanic's lien)<br>Judgment lien from a lawsuit<br>Other (including a right to offset) ______<br>**Last 4 digits of account number** ______ | $ | $ | $ |
| **Column A dollar value totals from all pages.** | $ | | |

Debtor 1 Jessica Margaret Escue
First Name Middle Name Last Name

Case number (*if known*) ______

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

| | |
|---|---|
| Name<br>Number Street<br><br>City State ZIP Code | **On which line in Part 1 did you enter the creditor?** ______<br>**Last 4 digits of account number** ______ |

**Fill in this information to identify your case:**

Debtor 1: Jessica Margaret Escue I
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known)

Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

No. Go to Part 2.

Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| Priority Creditor's Name — Last 4 digits of account number | $ | $ | $ |

Priority Creditor's Name

Number Street

City State ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Type of PRIORITY unsecured claim:**

Domestic support obligations

Taxes and certain other debts you owe the government

Claims for death or personal injury while you were intoxicated

Other. Specify

## Part 2: List ALL of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

No. You have nothing to report in this part. Submit this form to the court with your other schedules.

Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

Advanced Auto Repair
Nonpriority Creditor's Name

612 Forth Worth Drive
Number Street

Denton TX 76201
City State ZIP Code

**Last 4 digits of account number** 7648 — $ 611.00

**When was the debt incurred?** 01/31/2026

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Tommy the owner issued a restocking fee to my invoice when the part did not arrive on time. The shop now refuses to disclose the exact amount of the debt.

**4.2**

AirVets Pet Relocation/Valley View Pet Health Center
Nonpriority Creditor's Name

2561 Valley View Ln
Number Street

Dallas TX 75234
City State ZIP Code

**Last 4 digits of account number** 4813 — $ 7,773.64

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Moving costs for my animals to Ireland deposit made move did not take place

**4.3**

American Bankers Insurance Company of Florida
Nonpriority Creditor's Name

23852 Network Place
Number Street

**Last 4 digits of account number** 9400 — $ 241.50

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

**When was the debt incurred?** 05/05/2025

Chicago IL 60673-1238
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Insurance premiums for mandatory policy that was cancelled

---

4.4 American Coradius International LLC
Nonpriority Creditor's Name

**Last 4 digits of account number** 6494 $ 100.10

2420 Sweet Home Road
Number Street
Suite 150

**When was the debt incurred?**

Amherst NY 14228-2244
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

PayPal debt collector

---

4.5 Anderson Injury Lawyers
Nonpriority Creditor's Name

**Last 4 digits of account number** 6922 $ 5,595.96

1310 El Paso Street
Number Street

**When was the debt incurred?**

Fort Worth TX 76102
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

No
Yes

Other. Specify
Advance/only claimed financial interest asserted by lien as stated outrightly in written certified correspondence dated June 23, 2026

---

4.6 Animal Imaging
Nonpriority Creditor's Name
500 Paddock Way
Number Street

Irving TX 75039
City State ZIP Code

**Last 4 digits of account number** 7351 $ 2,660.69
**When was the debt incurred?** 02/15/2023

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Imaging unprovided

---

4.7 Animal Medical Center Highland Village
Nonpriority Creditor's Name
2810 Justin Rd
Number Street

Highland Village TX 75077
City State ZIP Code

**Last 4 digits of account number** $ 100.00
**When was the debt incurred?** 11/08/2022

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Negligent Emergency Visit Mishka Escue

---

4.8 APPA Group
Nonpriority Creditor's Name
1600 Scripture St
Number Street

Denton TX 76201-3809
City State ZIP Code

**Last 4 digits of account number** 7792 $ 23.68
**When was the debt incurred?** 07/17/2021

**Who incurred the debt?** Check one.
Debtor 1 only

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Labwork

---

4.9 Argyle Vet
Nonpriority Creditor's Name
410 Farm to Market 407E
Number Street

Argyle TX 76226
City State ZIP Code

**Last 4 digits of account number** 5427 $ 675.59

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Opal visit 04/02/2026

---

4.10 Aspire Allergy & Sinus
Nonpriority Creditor's Name
2436 S Interstate 35
Number Street
Suite 340
Denton TX 76205
City State ZIP Code

**Last 4 digits of account number** 0465 $ 1,003.98

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Allergy testing and drops unprovided

---

4.11 Aspire Fertility
Nonpriority Creditor's Name
16415 Addison Road
Number Street
Suite 900

**Last 4 digits of account number** 7945 $ 1,279.75

**When was the debt incurred?**

Debtor 1 Jessica Margaret Escue — Case number (*if known*)

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** — **Total claim**

Addison TX 75001
City State ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Fertility Services balances after fraudulent claims filed

---

4.12

ATI Physical Therapy
Nonpriority Creditor's Name

33204 Collection Center Dr
Number Street

Chicago IL 60693-0331
City State ZIP Code

**Last 4 digits of account number** 8660 — $ 27,293.06

**When was the debt incurred?**

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Physical Therapy

---

4.13

Atlantic Urbana II Bonnie Brae LLC
Nonpriority Creditor's Name

5051 Westheimer Rd
Number Street

Suite 1200

Houston TX 77056
City State ZIP Code

**Last 4 digits of account number** 58J5 — $ 7,813.00

**When was the debt incurred?** 02/18/2026

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Civil Judgment in DENTON COUNTY Justice Court Precinct 5 Cause Number E26-0058J5

---

4.14

Debtor 1 Jessica Margaret Escue Case number (*if known*)
First Name Middle Name Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Austin Anesthesiology Group
Nonpriority Creditor's Name
8104 N Mopac Expy
Number Street
Bldg 3, Suite 210
Austin TX 78759
City State ZIP Code

**Last 4 digits of account number** 1127 $ 1,080.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Anesthesiologist for surgery paid by charity Nov 2015, balance should have been paid by charity.

---

4.15 Auto Science
Nonpriority Creditor's Name
750 Valley Ridge Circle
Number Street
Suite A
Lewisville TX 75067
City State ZIP Code

**Last 4 digits of account number** 7301 $ 3,022.97

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Vehicle repairs not as agreed

---

4.16 Bank of America, N.A.
Nonpriority Creditor's Name
Bankruptcy Department
Number Street
P.O. Box 5170
Simi Valley CA 93062-5170
City State ZIP Code

**Last 4 digits of account number** 2718 $ 540.78

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

**Is the claim subject to offset?**
No
Yes

Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
charged off account

---

**4.17** Beyond the Ordinary
Nonpriority Creditor's Name
4-1104 Kuhioo Hwy
Number Street

Kapa'a HI 96746
City State ZIP Code

**Last 4 digits of account number** 1621 — $ 3,639.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Disputed payment for retreat not attended

---

**4.18** Blue Stone JV, LLP
Nonpriority Creditor's Name
3000 Corporate Ct., Suite 400
Number Street

Flower Mound TX 75028-2781
City State ZIP Code

**Last 4 digits of account number** QL04 — $ 820.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
medical imaging; two account invoice numbers QB80 & QL04

---

**4.19** BluePearl Operations, LLC/BluePearl Pet Hospital
Nonpriority Creditor's Name
(Center for Veterinary Specialty & Emergency Care)
Number Street
2950 Busch Lake Blvd
Tampa FL 33614-1859
City State ZIP Code

**Last 4 digits of account number** B5CB — $ 3,480.56

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated

**Who incurred the debt?** Check one.
Debtor 1 only

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
ICU hospitalization

---

**4.20** Buddy Moving, LLC
Nonpriority Creditor's Name
15455 Dallas Pkwy
Number Street
Suite 6023
Addison TX 75001-4690
City State ZIP Code

**Last 4 digits of account number** 5741 — $ 1,035.00

**When was the debt incurred?** 0619/2026

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Disputed services due to appliance damage

---

**4.21** Caliber Holdings, LLC DBA Caliber Collision
Nonpriority Creditor's Name
Attn: Legal / Risk Management Dept
Number Street
2941 Lake Vista Dr
Lewisville TX 75067
City State ZIP Code

**Last 4 digits of account number** 4644 — $ 1,450.14

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Disputed body repairs not warrantied, not remediated

---

**4.22** Capital Accounts, LLC
Nonpriority Creditor's Name
P.O. Box 680608
Number Street

**Last 4 digits of account number** 5036 — $ 2,009.57

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

**When was the debt incurred?**

Franklin TN 37068-0608
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Veterinary services involving a misdiagnosis

---

4.23 Capital One
Nonpriority Creditor's Name
Attn: Bankruptcy Department
Number Street
P.O. Box 30285
Salt Lake City UT 84130-0285
City State ZIP Code

**Last 4 digits of account number** 1835 — $ 2,933.13

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
credit card

---

4.24 Capital One
Nonpriority Creditor's Name
Attn: Bankruptcy Department
Number Street
P.O. Box 30285
Salt Lake City UT 84130-0285
City State ZIP Code

**Last 4 digits of account number** 8457 — $ 559.85

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Yes

credit card

**4.25** Capital One
Nonpriority Creditor's Name
Attn: Bankruptcy Department
Number Street
P.O. Box 30285
Salt Lake City UT 84130-0285
City State ZIP Code

**Last 4 digits of account number** 5743 — $ 3,090.74

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
credit card

**4.26** Care Fertility
Nonpriority Creditor's Name
1701 Park Place Ave.
Number Street
Bedford TX 76022
City State ZIP Code

**Last 4 digits of account number** 7519 — $ 1,050.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Fertility services

**4.27** Charter Communications, Inc. on behalf of Spectrum
Nonpriority Creditor's Name
Attn: Bankruptcy Department
Number Street
400 Washington Blvd
Stamford CT 06902
City State ZIP Code

**Last 4 digits of account number** 7496 — $ 68.79

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
Student loans

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

bulk charges after occupancy

---

4.28 Christman Attorneys, PLLC
Nonpriority Creditor's Name

2570 Justin Road
Number Street

Suite 240

Highland Village TX 75077
City State ZIP Code

**Last 4 digits of account number** 3102

$ 2,500.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Accepted/filed a settlement and media release signed by opposing party's attorney instead of opposing party without my knowledge/consent

---

4.29 City of Denton, Municipal Utilities Customer Service
Nonpriority Creditor's Name

601 E Hickory St
Number Street

Suite F

Denton TX 76205
City State ZIP Code

**Last 4 digits of account number** 5809

$ 952.41

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Active account; pro-rated accrued charges for current month to-date not included

---

4.30 CityVet Home Office (o.b.o. CityVet Preston Park)
Nonpriority Creditor's Name

Attn: Legal / Billing Department
Number Street

2727 Oak Lawn Ave, Suite 200

**Last 4 digits of account number** 0108

$ 577.62

**When was the debt incurred?**

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Dallas TX 75219
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
misdiagnosed my dog with a pneumothorax

4.31 Clinical Pathology Laboratories, Inc.
Nonpriority Creditor's Name
Attn: Legal / Billing Department
Number Street
9200 Wall Street
Austin TX 78754
City State ZIP Code

**Last 4 digits of account number** 6906 — $ 168.31

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Total Amount is likely $201.57 inclusive of two further file numbers ending in 2857 for $25, and 5059 for $8.26

4.32 Club Pilates Franchise SPV, LLC
Nonpriority Creditor's Name
Attn: Legal / Billing Department
Number Street
17877 Von Karman Ave, Suite 100
Irvine CA 92614
City State ZIP Code

**Last 4 digits of account number** 0210 — $ 251.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Unpaid Membership fees

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

4.33 Complete Health and Wellness
Nonpriority Creditor's Name
860 Hebron Pkwy
Number Street
Suite 1001
Lewisville TX 75057
City State ZIP Code

**Last 4 digits of account number** 2997 $ 809.38

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify chiropractic care

**Is the claim subject to offset?**

No
Yes

4.34 Connley Boyd
Nonpriority Creditor's Name
1207 N Oak St
Number Street
McKinney TX 75069
City State ZIP Code

**Last 4 digits of account number** $ 3,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify Short-term stay charges month of January 2024, instructed to leave week one, no notice

**Is the claim subject to offset?**

No
Yes

4.35 Creekside Pet Care Center
Nonpriority Creditor's Name
8830 Davis Blvd
Number Street
Keller TX 76248
City State ZIP Code

**Last 4 digits of account number** 8690 $ 5,852.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

**Is the claim subject to offset?**
No
Yes

Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Surgery and post-surgical emergency care for improper stitches removal

---

4.36 Dallas Pain Specialists, PLLC
Nonpriority Creditor's Name
13052 Dallas Pkwy
Number Street
Suite 220
Dallas TX 75033-4241
City State ZIP Code

**Last 4 digits of account number** 5071 — $ 1,692.63

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
medical services

---

4.37 Dallas Pain Specialists, PLLC
Nonpriority Creditor's Name
13052 Dallas Pkwy
Number Street
Suite 220
Dallas TX 75033-4241
City State ZIP Code

**Last 4 digits of account number** 5069 — $ 35,903.98

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
medical services

---

4.38 Dallas Pain Specialists, PLLC
Nonpriority Creditor's Name
13052 Dallas Pkwy
Number Street
Suite 220
Dallas TX 75033-4241
City State ZIP Code

**Last 4 digits of account number** 5070 — $ 1,692.63

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated

**Who incurred the debt?** Check one.
Debtor 1 only

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify medical services

---

4.39 Dallas Pain Specialists, PLLC
Nonpriority Creditor's Name
13052 Dallas Pkwy
Number Street
Suite 220
Dallas TX 75033-4241
City State ZIP Code

**Last 4 digits of account number** 4993 — $ 8,325.59

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify medical services

---

4.40 Dallas Pain Specialists, PLLC
Nonpriority Creditor's Name
13052 Dallas Pkwy
Number Street
Suite 220
Dallas TX 75033-4241
City State ZIP Code

**Last 4 digits of account number** 4992 — $ 2,382.62

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify medical services

---

4.41 Dallas Pain Specialists, PLLC
Nonpriority Creditor's Name
13052 Dallas Pkwy
Number Street

**Last 4 digits of account number** 4991 — $ 6,548.10

Debtor 1 Jessica Margaret Escue | Case number (*if known*)

First Name Middle Name Last Name

Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** | **Total claim**

**When was the debt incurred?**

Suite 220

Dallas TX 75033-4241
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify medical services

---

4.42 Dallas Pain Specialists, PLLC
Nonpriority Creditor's Name

**Last 4 digits of account number** 4990 — $ 2,199.29

13052 Dallas Pkwy
Number Street

**When was the debt incurred?**

Suite 220

Dallas TX 75033-4241
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify medical services

---

4.43 Dallas Veterinary Dentistry & Oral Surgery
Nonpriority Creditor's Name

**Last 4 digits of account number** 5484 — $ 1,618.08

2700 W State Highway 114
Number Street

**When was the debt incurred?**

Bldg 2, Suite D

Grapevine TX 76051
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Yes

unauthorized provider performed surgery on two of my pets

---

4.44 Dallas Veterinary Surgical Center
Nonpriority Creditor's Name
4444 Trinity Mills Rd.
Number Street
Suite 203
Dallas TX 75287-4340
City State ZIP Code

**Last 4 digits of account number** 8825 — $ 3,704.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
veterinary services

---

4.45 David Crumpton DDS
Nonpriority Creditor's Name
301 Trophy Branch Dr.
Number Street
Suite 100
Trophy Club TX 76262
City State ZIP Code

**Last 4 digits of account number** 0453 — $ 2,199.40

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
dentistry services

---

4.46 Denton Chiropractic Center
Nonpriority Creditor's Name
1432 Underwood St
Number Street

Denton TX 76201
City State ZIP Code

**Last 4 digits of account number** 4P13 — $ 12,330.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

Debtor 1 Jessica Margaret Escue — Case number (*if known*)

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page**

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

treatment plan abandoned halfway through care plan

---

**4.47** Denton Chiropractic Center

Nonpriority Creditor's Name

1432 Underwood St

Number Street

Denton TX 76201

City State ZIP Code

**Last 4 digits of account number**

**When was the debt incurred?**

$ 5,992.00

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Balance incurred on 20 year-old PI account with Travelers; Travelers never paid.

---

**4.48** DFW Airport

Nonpriority Creditor's Name

2400 Aviation Dr.

Number Street

DFW Airport TX 75261

City State ZIP Code

**Last 4 digits of account number** 3933

**When was the debt incurred?**

$ 37.00

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Parking Fine no cash accepted

---

**4.49** DFW Airport

Nonpriority Creditor's Name

2400 Aviation Dr.

Number Street

DFW Airport TX 75261

City State ZIP Code

**Last 4 digits of account number** 6839

**When was the debt incurred?**

$ 74.00

**As of the date you file, the claim is:** Check all that apply

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Parking Fine no cash accepted

---

4.50 Discover
Nonpriority Creditor's Name
P.O. Box 30416
Number Street

Salt Lake City UT 84130
City State ZIP Code

**Last 4 digits of account number** 2100 $ 269.15

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
charged off account

---

4.51 Double Oak Veterinary Medical Center
Nonpriority Creditor's Name
8301 Justin Rd.
Number Street

Double Oak TX 75077
City State ZIP Code

**Last 4 digits of account number** 5036 $ 1,895.17

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Disputed veterinary services for misdiagnosed struvite stone/recommendation of bladder surgery

---

4.52 Dr. Steven B. Eustice
Nonpriority Creditor's Name

**Last 4 digits of account number** $ 4,758.00

Debtor 1 Jessica Margaret Escue | Case number (*if known*)
First Name Middle Name Last Name

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Spinal Health of North Texas
Number Street
217 E. University Dr.
Denton TX 76209
City State ZIP Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
past chiropractic services

---

4.53 Elevate Brain Injury & Mental Health
Nonpriority Creditor's Name
411 N Washington Ave
Number Street
Suite 5000
Dallas TX 75246
City State ZIP Code

**Last 4 digits of account number** 0619 — $ 6,987.20

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Provider terminated care in the middle of Telehealth appointment, medical board complaint filed

---

4.54 Elizabeth Kerner MD PA
Nonpriority Creditor's Name
6130 W Parker Rd.
Number Street
Suite 110
Plano TX 75093
City State ZIP Code

**Last 4 digits of account number** 53J3 — $ 2,905.00

**When was the debt incurred?** 07/17/2023

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

No
Yes

Other. Specify
Refund check repaid, duplicate amount not owed; Civil judgment DENTON COUNTY Justice of the Peace Precinct 3 Cause No. S23-53J3

---

4.55 Estate of Tom Jester, Jr.
Nonpriority Creditor's Name
502 W. Oak St S-102
Number Street

Denton TX 76201
City State ZIP Code

**Last 4 digits of account number** 67J1 — $ 850.00

**When was the debt incurred?** 05/23/2017

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Civil judgment DENTON COUNTY Justice of the Peace Court Precinct 1 Cause No. F17-267J1

---

4.56 Farmers Insurance Exchange
Nonpriority Creditor's Name
Attn: Bankruptcy / Legal Department
Number Street
6301 Owensmouth Ave
Woodland Hills CA 91367-2008
City State ZIP Code

**Last 4 digits of account number** 8170 — $ 130.89

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
paid premiums

---

4.99 Fifth Gear Automotive
Nonpriority Creditor's Name
1975 Archer Way
Number Street

Lewisville TX 75077
City State ZIP Code

**Last 4 digits of account number** 4522 — $ 4,362.51

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
Contingent

**Who incurred the debt?** Check one.

Debtor 1 Jessica Margaret Escue | Case number (*if known*)

First Name Middle Name Last Name

Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** | **Total claim**

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
disputed battery repair

---

4.57 First National Bank of Texas
Nonpriority Creditor's Name
901 E. Central Texas Expy
Number Street

Killeen TX 76541
City State ZIP Code

**Last 4 digits of account number** 5591 — $ 3,534.06

**When was the debt incurred?** 09/02/2026

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
charged off account

---

4.58 Fred T. Warzwick
Nonpriority Creditor's Name
1208 Anna St.
Number Street
Suite 1100

Denton TX 76201
City State ZIP Code

**Last 4 digits of account number** 05J1 — $

**When was the debt incurred?** 09/07/2018

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Unserved civil judgment DENTON COUNTY Justice of the Peace Court Precinct 1 Cause No F18-705J1

---

4.100 Freeman Toyota
Nonpriority Creditor's Name

**Last 4 digits of account number** 0955 — $ 2,446.42

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

204 NE Loop 820
Number Street

Hurst TX 76053
City State ZIP Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify Disputed vehicle repairs

---

4.59 Frost Bank
Nonpriority Creditor's Name
111 W Houston St
Number Street

San Antonio TX 78205
City State ZIP Code

**Last 4 digits of account number** 9416 — $ 5,185.04

**When was the debt incurred?** 02/06/2026

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify charged off account

---

4.60 Hampton Inn & Suites Lewisville Vista Ridge
Nonpriority Creditor's Name
2650 Lake Vista Dr.
Number Street

Lewisville TX 75067
City State ZIP Code

**Last 4 digits of account number** 5334 — $ 9,613.44

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** | **Total claim**

Yes

hotel charges

---

**4.61** Health Imaging Partners LLC
Nonpriority Creditor's Name
DBA Envision Imaging
Number Street
P.O. Box 5343
Denver CO 80217-5343
City State ZIP Code

**Last 4 digits of account number** 9900 — $ 8,250.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

Patient ID HIP1709900 has potential additional amounts in collections for $8,250, $587, $516, & $20

---

**4.62** HeartPlace
Nonpriority Creditor's Name
1604 Hospital Parkway
Number Street
Suite 301
Bedford TX 76022
City State ZIP Code

**Last 4 digits of account number** 6314 — $ 1,039.56

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

Stress Echo

---

**4.63** Heights Finance / Covington Credit
Nonpriority Creditor's Name
P.O. Box 1947
Number Street

Greenville SC 29602
City State ZIP Code

**Last 4 digits of account number** 0815 — $ 938.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

solicited pay day loan by mailed check, disputed by affidavit

---

4.64 Homewood Suites Ft. Worth Bedford
Nonpriority Creditor's Name

2401 Airport Freeway
Number Street

Bedford TX 76021
City State ZIP Code

**Last 4 digits of account number** 0227 — $ 1,644.31

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Hotel charges

---

4.65 Humane Animal Medical & Surgical Center
Nonpriority Creditor's Name

1512 N Central Expressway
Number Street

Plano TX 75074
City State ZIP Code

**Last 4 digits of account number** — $ 1,173.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Veterinary services incomplete/misdiagnosis

---

4.66 Jayne Keane
Nonpriority Creditor's Name

1870 Juniper Lane
Number Street

Lewisville TX 75077
City State ZIP Code

**Last 4 digits of account number** 32JP — $

**When was the debt incurred?** 10/03/2023

**As of the date you file, the claim is:** Check all that apply

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
No
Yes

Contingent
Unliquidated
Disputed
**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Civil judgment DENTON COUNTY County Court at Law #2 Cause No. CV-2023-03232-JP

4.67 Jayne Keane
Nonpriority Creditor's Name
1870 Juniper Lane
Number Street

Lewisville TX 75077
City State ZIP Code

**Last 4 digits of account number** none
**When was the debt incurred?** N/A
**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

$ 200,000.00

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Party has made repeated unsubstantiated claims over the course of prior years that Debtor owes her $200,000.

4.68 Joel Cecilio Herrera
Nonpriority Creditor's Name
3378 Forest Glen Dr.
Number Street

Corinth TX 76210
City State ZIP Code

**Last 4 digits of account number** 3099
**When was the debt incurred?** 03/17/2021
**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

$ 99,999.00

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Intern requested in-kind payment for work on foreign production; years later made nonspecific monetary demands contractually unsupported in a docket entitled

Debtor 1 Jessica Margaret Escue | Case number (*if known*)
First Name Middle Name Last Name

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

"Defendant's Counterclaims" Cause CV-2019-03099: demanded uncited rates, equipment transfer, etc.

---

4.69 JPMorgan Chase Bank, N.A.
Nonpriority Creditor's Name
Attn: Bankruptcy Department
Number Street
P.O. Box 15298
Wilmington DE 19850-5298
City State ZIP Code

**Last 4 digits of account number** 9256 — $ 2,923.88

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

charged off account

---

4.70 Keitha McBride, Glen McBride, Estate of Brenda McBride
Nonpriority Creditor's Name
c/o Jill Jester, c/o Adam Whitten, c/o Roger Yale
Number Street
502 W Oak Street, #200
Denton TX 76201
City State ZIP Code

**Last 4 digits of account number** — $ 25,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

Disputed earnest money - denial of contractual access

---

4.71 Law Offices of Kathy Roux
Nonpriority Creditor's Name
578 N. Kimball Ave.
Number Street
Suite 110
Southlake TX 76092
City State ZIP Code

**Last 4 digits of account number** — $ 1,826.58

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Incomplete/abandoned legal services

---

**4.72** Little Guys Movers
Nonpriority Creditor's Name
308 N Carroll Blvd
Number Street

Denton TX 76201
City State ZIP Code

**Last 4 digits of account number** 1514 — $ 1,739.25

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

disputed services resulting in missing items and documents

---

**4.73** Lone Star Neurology-Denton
Nonpriority Creditor's Name
2900 N Interstate 35 #110
Number Street

Denton TX 76201
City State ZIP Code

**Last 4 digits of account number** 8275 — $ 6,800.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Patient account number xx8275 may have been transferred a balance from account number xx4306

---

**4.74** Medical Management International, Inc. DBA Banfield Pet Hospital
Nonpriority Creditor's Name
Attn: Legal/Billing Department
Number Street
18101 SE 6th Way

**Last 4 digits of account number** 5262 — $ 2,087.28

**When was the debt incurred?**

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Vancouver WA 98683-7509
City State ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Negligent surgery, membership and miscellaneous fees

---

4.75 Medvet Associates, Inc.
Nonpriority Creditor's Name
350 East Wilson Bridge Road
Number Street

Worthington OH 43085
City State ZIP Code

**Last 4 digits of account number** 4995 — $ 1,186.06

**When was the debt incurred?**

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Veterinary ER

---

4.76 Michael's Stores, Inc./Firstsource
Nonpriority Creditor's Name
Attn: Legal / Billing Department
Number Street
3939 W John Carpenter Fwy
Irving TX 75063
City State ZIP Code

**Last 4 digits of account number** 4116 — $ 147.75

**When was the debt incurred?** 08/25/2025

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
stopped payment on check #8002 defective merchandise

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

4.77 North Dallas Momentum
Nonpriority Creditor's Name
9441 Lyndon B Johnson Fwy
Number Street
Suite 114
Dallas TX 75243-4635
City State ZIP Code

**Last 4 digits of account number** 1409 $ 2,712.60

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify medical services

4.78 NTTA
Nonpriority Creditor's Name
P.O. Box 660244
Number Street
Dallas TX 75266
City State ZIP Code

**Last 4 digits of account number** 8735 $ 1,216.17

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify Includes three Account numbers and amounts: xxxxxx5973 $46.23; xxxxxx8735 $1,076.96; xxxxxx9855 $92.98

4.79 PathAdvantage Associated
Nonpriority Creditor's Name
Attn: Legal / Billing Department
Number Street
5327 N Central Expy, Suite 3000
Dallas TX 75205-3361
City State ZIP Code

**Last 4 digits of account number** 5355 $ 29.42

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- Student loans

Debtor 1 Jessica Margaret Escue — Case number (*if known*)
First Name Middle Name Last Name

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** — **Total claim**

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

lab work

---

4.80 Quest Diagnostics Incorporated
Nonpriority Creditor's Name
Attn: Legal / Billing Department
Number Street
500 Plaza Drive
Secaucus NJ 07094
City State ZIP Code

**Last 4 digits of account number** 9063 — $ 34.24

**When was the debt incurred?** 04/05/2022

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

lab work bills on 04/05/2022 include three separate account numbers: xxxxxx9063 for $15.74; xxxxxx0872 for $9.26; xxxxxx9523 for $9.24. (The amount of $34.24 has also been identified by account xxxxxx4484 with date 09/01/2022.)

---

4.81 Quest Diagnostics Incorporated
Nonpriority Creditor's Name
Attn: Legal / Billing Department
Number Street
500 Plaza Drive
Secaucus NJ 07094
City State ZIP Code

**Last 4 digits of account number** 2005 — $ 25.00

**When was the debt incurred?** 04/29/2022

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

lab work (additional or duplicate account #xxxxxx5070 also listed as owing $25)

---

4.82 Seymour Animal Care Clinic, PLLC
Nonpriority Creditor's Name
831 Sherry Ln S
Number Street

**Last 4 digits of account number** 10J1 — $ 335.32

Debtor 1 Jessica Margaret Escue (First Name / Middle Name / Last Name) Case number (*if known*)

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

**When was the debt incurred?** 05/04/2021

Krugerville TX 76227
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Civil judgment DENTON COUNTY Justice of the Peace Court Precinct 1 Cause No. S21-10J1

**Is the claim subject to offset?**

No
Yes

---

4.83 Simple Fast Loans
Nonpriority Creditor's Name

**Last 4 digits of account number** 4225 — $ 2,937.35

**When was the debt incurred?**

DRB LLC
Number Street

8601 Dunwoody Pl, Ste 406

Atlanta GA 30350
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Payday Loan

**Is the claim subject to offset?**

No
Yes

---

4.84 Stephen McKay Harcus
Nonpriority Creditor's Name

**Last 4 digits of account number** 82J5 — $ 25,174.95

**When was the debt incurred?**

2604 Starling St
Number Street

Denton TX 76205
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

**Is the claim subject to offset?**

No

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Yes

Rent, Attorney's fees, court costs

---

**4.85** Suzon Storrie Leath
Nonpriority Creditor's Name
P.O. Box 50007
Number Street

Denton TX 76206
City State ZIP Code

**Last 4 digits of account number** 13J1 — $ 2,900.00

**When was the debt incurred?** 06/05/2018

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

Civil judgment DENTON COUNTY Justice of the Peace Court Precinct 1 Cause No. F18-413J1

---

**4.86** Texas Blue Properties, LLC
Nonpriority Creditor's Name
512 W. Hickory St.
Number Street
Suite 201
Denton TX 76201
City State ZIP Code

**Last 4 digits of account number** 29J1 — $ 1,343.31

**When was the debt incurred?** 12/07/2012

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify

Civil Judgment DENTON COUNTY Justice of the Peace Court Precinct 1 Cause No. F12-1129J1

---

**4.87** Texas Health Physicians Group
Nonpriority Creditor's Name
Dr. Judy Yates/CSC
Number Street
P.O. Box 975341
Dallas TX 75397
City State ZIP Code

**Last 4 digits of account number** 1579 — $ 39.16

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** | **Total claim**

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Includes two Account numbers: xxxx1579; xxxx2660

---

4.88 Texas Health Physicians Group
Nonpriority Creditor's Name

Dr. Mark Ginnings
Number Street

P.O. Box 975341

Dallas TX 75397
City State ZIP Code

**Last 4 digits of account number** 1655 — $ 100.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Includes five account numbers: xxxxxxx1655; xxxxxxx6096; xxxxxxx7861; xxxxxxx6483; xxxxxxx0807

---

4.89 Texas Health Physicians Group
Nonpriority Creditor's Name

Orthopedic Surgery Specialists Stuart Michnick
Number Street

P.O. Box 975341

Dallas TX 75397
City State ZIP Code

**Last 4 digits of account number** 8869 — $ 42.37

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Includes two account number: xxxxxxx8869, xxxxxxx7268

---

4.90 Texas Health Resources
Nonpriority Creditor's Name

(Collection Agency: RCA)
Number Street

612 E. Lamar Boulevard

**Last 4 digits of account number** 5920 — $ 5,543.10

**When was the debt incurred?**

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Arlington TX 76011
City State ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

current emails state this ER bill is in the amount of $5.645.47

---

4.91 Texas Radiology Associates
Nonpriority Creditor's Name

P.O. Box 3368
Number Street

Indianapolis IN 46206-3368
City State ZIP Code

**Last 4 digits of account number** 1621 — $ 1,219.00

**When was the debt incurred?**

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Radiology ER

---

4.92 The Mansions at Coyote Ridge
Nonpriority Creditor's Name

4253 Hunt Dr.
Number Street

Carrollton TX 75010
City State ZIP Code

**Last 4 digits of account number** 33J6 — $ 835.06

**When was the debt incurred?** 10/18/2004

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Civil judgment DENTON COUNTY Justice of the Peace Court Precinct 6 Cause No. F04-1233J6

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

4.93 Therapy Partners of North Texas
Nonpriority Creditor's Name
413 Bethel Road
Number Street
Suite 400
Coppell TX 75019
City State ZIP Code

**Last 4 digits of account number** 7464 — $ 190.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify co-pays for therapeutic medical care

4.94 Uncle Warbucks
Nonpriority Creditor's Name
Attn: Legal / Bankruptcy Dept
Number Street
1000 N West St, Suite 1200
Newark DE 19711
City State ZIP Code

**Last 4 digits of account number** 8000 — $ 1,905.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**
- No
- Yes

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- Debts to pension or profit-sharing plans, and other similar debts
- Other. Specify Pay day loan

4.95 Wells Fargo Bank
Nonpriority Creditor's Name
333 Market Street
Number Street
San Francisco CA 94104
City State ZIP Code

**Last 4 digits of account number** 5076 — $ 396.16

**When was the debt incurred?** 12/18/2025

**As of the date you file, the claim is:** Check all that apply
- Contingent
- Unliquidated
- Disputed

**Who incurred the debt?** Check one.
- Debtor 1 only
- Debtor 2 only
- Debtor 1 and Debtor 2 only
- At least one of the debtors and another

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- Student loans
- Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

**Is the claim subject to offset?**
No
Yes

Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
charged off account

---

**4.96** Williams-Sonoma, Inc./Firstsource
Nonpriority Creditor's Name
Attn: Legal / Billing Dept (Pottery Barn)
Number Street
3250 Van Ness Ave
San Francisco CA 94109
City State ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?** 07/30/2025
Total claim: $ 5,787.03

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
stopped payment on check #8001 defective merchandise

---

**4.97** Wohr Law, PLLC
Nonpriority Creditor's Name
815 N Elm St
Number Street
Denton TX 76201
City State ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?**
Total claim: $ 2,750.00

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**
No
Yes

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Legal fees for disputed representation

---

**4.98** Woodforest National Bank
Nonpriority Creditor's Name
1330 Lake Robbins Dr.
Number Street
The Woodlands TX 77380
City State ZIP Code

**Last 4 digits of account number** 0673
**When was the debt incurred?**
Total claim: $ 1,468.00

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated

**Who incurred the debt?** Check one.
Debtor 1 only

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.** **Total claim**

Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

charged off account

Debtor 1 Jessica Margaret Escue — Case number (*if known*)

First Name / Middle Name / Last Name

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Roger M. Yale
Name
Yale Law Group
Number Street
1417 E. McKinney St., Suite 220
Dentoo TX 76209
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.70 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number**

---

Adam T. Whitten
Name
Whitten & Whitten, PLLC
Number Street
1300 Fulton Street, Bldg 300
Denton TX 76201
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.70 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number**

---

Transworld Systems Inc.
Name
P.O. Box 15130
Number Street
Wilmington DE 19850-5130
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.21 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** 4644

---

InDebted USA Inc.
Name
InDebted Mail Processing Center
Number Street
1551 Emancipation Hwy, Unit #1511
Fredericksburg VA 22401
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.27 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** 7496

---

Certegy Payment Solutions, LLC
Name
P.O. Box 908
Number Street
Grand Junction CO 81502
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.76 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** 6297

---

Certegy Payment Solutions, LLC
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

P.O. Box 908
Number Street

Line 4.96 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims
Part 2: Creditors with Nonpriority Unsecured Claims

Grand Junction CO 81502
City State ZIP Code

**Last 4 digits of account number**

---

Credit Collection Services
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Attn: Bankruptcy Department
Number Street
725 Canton Street

Line 4.80 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims
Part 2: Creditors with Nonpriority Unsecured Claims

Norwood MA 02062-2679
City State ZIP Code

**Last 4 digits of account number** 9063

---

Credit Collection Services
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Attn: Bankruptcy Department
Number Street
725 Canton Street

Line 4.81 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims
Part 2: Creditors with Nonpriority Unsecured Claims

Norwood MA 02062-2679
City State ZIP Code

**Last 4 digits of account number** 2005

---

Ben Yeatts
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Designated Title, LLC
Number Street
550 Reserve St. #350

Line 4.85 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims
Part 2: Creditors with Nonpriority Unsecured Claims

Southlake TX 76092
City State ZIP Code

**Last 4 digits of account number** 13J1

---

Brian S. Dunn
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Hoover Slovacek LLP
Number Street
5051 Westheimer Rd Ste 1200

Line 4.13 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims
Part 2: Creditors with Nonpriority Unsecured Claims

Houston TX 77056-5839
City State ZIP Code

**Last 4 digits of account number** 58J5

---

Fontaine D. Laughlin
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Fontaine Laughlin Law Office
Number Street
5118 E University Dr.

Line 4.85 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims
Part 2: Creditors with Nonpriority Unsecured Claims

Denton TX 76208-1402
City State ZIP Code

**Last 4 digits of account number** 13J1

| Name / Address | Original creditor entry | Last 4 digits of account number |
|---|---|---|
| Gregory B. Fell<br>The Fell Law Firm<br>3021 E Renner Rd, Suite 140<br>Richardson, TX 75082-3579 | Line 4.66 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | 32JP |
| Resource Corporation of America<br>Attn: Legal / Billing Department<br>1120 Marina Bay Drive<br>Clear Lake Shores, TX 77565 | Line 4.90 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | 5920 |
| DRB LLC<br>40 Gardenville Parkway<br>Suite 201<br>West Seneca, NY 14224 | Line 4.83 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | 3492 |
| Rebecca T. Vaughn<br>117 S. Dallas Street<br>Ennis, TX 75119 | Line 4.84 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | 82J5 |
| The Mardia Group, LLC<br>825 Watters Creek Blvd<br>#250<br>Allen, TX 75013 | Line 4.84 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | 82J5 |
| Benuck & Rainey, Inc.<br>25 Concord Rd.<br>Lee, NH 03861 | Line 4.93 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | 7265 |

Debtor 1 Jessica Margaret Escue — Case number (*if known*)
First Name Middle Name Last Name

| Name / Address | Original creditor entry | Last 4 digits of account number |
|---|---|---|
| Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst NY 14228 | On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.95 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | 8555 |
| First Federal Credit Control, Inc.<br>24700 Chagrin Blvd<br>Suite 205<br>Cleveland OH 44122-5662 | On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.43 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | L273 |
| Midwest Fidelity Services, LLC<br>103 S. Main St.<br>Ottawa KS 66067 | On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.94 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | 6909 |
| Meade Associates, Inc.<br>737 Enterprise Dr.<br>Lewis Center OH 43035-9436 | On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.75 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | 3004 |
| Frost-Arnett Company<br>Attn: Bankruptcy Dept<br>P.O. Box 198988<br>Nashville TN 37219-8988 | On which entry in Part 1 or Part 2 did you list the original creditor? Line 4.62 of (*Check one*): Part 1: Creditors with Priority Unsecured Claims / Part 2: Creditors with Nonpriority Unsecured Claims | |

Debtor 1 Jessica Margaret Escue — First Name / Middle Name / Last Name — Case number (*if known*)

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ |

| | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 633,437.31 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 633,437.31 |

**Fill in this information to identify your case:**

Debtor 1: Jessica Margaret Escue I
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known):

Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Stephen McKay Harcus (Name)<br>2604 Starling St (Number Street)<br>Denton, TX 76205 (City, State, ZIP Code) | Lease for 1929 N Lake Trail, Denton, TX 76201 expires February 28, 2027 |

**Fill in this information to identify your case:**

Debtor 1: Jessica (First Name) Margaret (Middle Name) Escue (Last Name) I

Debtor 2 (Spouse, if filing): First Name Middle Name Last Name

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known)

Check if this is an amended filing

# Official Form 106H

## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - No
   - Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - No. Go to line 3.
   - Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - No
     - Yes. In which community state or territory did you live? ________ . Fill in the name and current address of that person.

   Name of your spouse, former spouse, or legal equivalent

   Number Street

   City State ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** ***Schedule D*** **(Official Form 106D),** ***Schedule E/F*** **(Official Form 106E/F), or** ***Schedule G*** **(Official Form 106G). Use** ***Schedule D, Schedule E/F, or Schedule G*** **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| Name<br>Number Street<br>City State ZIP Code | Schedule D, line ____<br>Schedule E/F, line ____<br>Schedule G, line ____ |

**Fill in this information to identify your case:**

Debtor 1: Jessica (First Name) Margaret (Middle Name) Escue (Last Name) I

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known):

Check if this is:

An amended filing

A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment Status** | Employed<br>Not employed | Employed<br>Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | Number Street<br><br>City State Zip Code | Number Street<br><br>City State Zip Code |
| **How long employed there?** | | |

Debtor 1 Jessica Margaret Escue — Case number (*if known*)
First Name / Middle Name / Last Name

**Part 2: Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | Line | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ |
| **Copy line 4 here** ........ ➔ | 4. | $ 0.00 | $ |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| 5e. **Insurance** | 5e. | $ 0.00 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ |
| 5h. **Other deductions.** Specify: | 5h. | + $ 0.00 | + $ |
| | 5h. | + $ | + $ |
| 6. **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payment that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |

| Debtor 1 | Jessica | Margaret | Escue | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8e. | **Social Security** | 8e. | $ 0.00 | $ |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: SNAP benefits (increased this month from $292/month) | 8f. | $ 306.00 | $ |
| | | 8f. | $ | $ |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. | **Other monthly income.** Specify: | 8h. | + $ 0.00 | + $ |
| | | 8h. | + $ | + $ |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $ 306.00 | $ |
| 10. | **Calculate monthly income. Add line 7 + line 9.**<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 306.00 | + $ = $ 306.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: ______ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies 12. $ 306.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

No.

Yes. Explain:

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Jessica | Margaret | Escue | I |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known)

Check if this is:

An amended filing

A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

No. Go to line 2.

Yes. **Does Debtor 2 live in a separate household?**

No

Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

No

Yes. Fill out this information for each dependent .....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | No / Yes |
| | | No / Yes |
| | | No / Yes |
| | | No / Yes |
| | | No / Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

No

Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,500.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |

Debtor 1 Jessica Margaret Escue — Case number (*if known*)

First Name / Middle Name / Last Name

| | | Your expenses |
|---|---|---|
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 450.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 40.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 32.22 |
| 6d. Other Specify: Internet Service | 6d. | $ 75.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 450.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 45.00 |
| 10. **Personal care products and services** | 10. | $ 275.00 |
| 11. **Medical and dental expenses** | 11. | $ 165.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 160.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 25.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 450.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20 | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 407.51 |
| 15d. Other. Specify: | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify: | 17c. | $ |
| 17d. Other. Specify: | 17d. | $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I,* Your Income (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** | | |

Debtor 1 Jessica Margaret Escue — Case number (*if known*)

First Name / Middle Name / Last Name

| | | Your expenses |
|---|---|---|
| Specify: | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |
| 21. **Other.** Specify: | 21. | +$ 0.00 |
| 22. **Calculate your monthly expenses.** | | |
| 22a. Add lines 4 through 21. | 22a. | $ 5,074.73 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ 5,074.73 |
| 23. **Calculate your monthly net income.** | | |
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $ 306.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ 5,074.73 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

No.

Yes. Explain here: I expect to pay higher housing costs if the landlord gains possession of my current rental property. I expect to have to purchase another vehicle in the next six months due to mine having broken down several times over the summer.

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Jessica | Margaret | Escue | I |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known) ____________

**Check one box only as directed in this form and in Form 122A-1Supp:**

1. There is no presumption of abuse.
2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).
3. The Means Test does not apply now because of qualified military service but it could apply later.

Check if this is an amended filing

Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income

12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

**Not married.** Fill out Column A, lines 2-11.

**Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

**Married and your spouse is NOT filing with you. You and your spouse are:**

**Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

**Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Debtor 1 | Debtor 2 | | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | | | $ 340.70 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | | | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | | | $ 0.00 | $ |
| 5. **Net income from operating a business, profession, or farm** | **Debtor 1** | **Debtor 2** | | | |
| Gross receipts (before all deductions) | $ 340.70 | $ | | | |
| Ordinary and necessary operating expenses | - $ 260.00 | - $ | | | |
| Net monthly income from a business, profession, or farm | $ 80.70 | $ | Copy here ➔ | $ 80.70 | $ |
| 6. **Net income from rental and other real property** | **Debtor 1** | **Debtor 2** | | | |
| Gross receipts (before all deductions) | $ 0.00 | $ | | | |
| Ordinary and necessary operating expenses | - $ 0.00 | - $ | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ | Copy here ➔ | $ 0.00 | $ |

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..........................

For you ............................................................................ $ 0.00

For your spouse ............................................................... $

| | Column A | Column B |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ 0.00 | $ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | Column A | Column B |
|---|---|---|
| ______________________ | $ | $ |
| ______________________ | $ | $ |
| **Total amounts from separate pages, if any.** | + $ 0.00 | + $ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 421.40 + $ = $ 421.40

**Total current monthly income**

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ............................................................ **Copy line 11 here** → $ 421.40

Multiply by 12 (the number of months in a year). **x** 12

12b. The result is your annual income for this part of the form. 12b. $ 5,056.80

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. TX

Fill in the number of people in your household. 1

Fill in the median family income for your state and size of household. ............................................................ 13. $ 66,837.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X ______________________ Signature of Debtor 1

X ______________________ Signature of Debtor 2

Date 10/02/2026
MM / DD / YYYY

Date ____________
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.
If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Jessica | Margaret | Escue | I |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known) ____________________

Check if this is an amended filing

# Official Form 122A─1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2) 12/15

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, There is no presumption of abuse, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   Yes. Go to Part 2.

## Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   No. Go to line 3.

   Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   No. Go to line 3.

   Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   No. Complete Form 122A-1. Do not submit this supplement.

   Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   No. Complete Form 122A-1. Do not submit this supplement.

   Yes. Check any one of the following categories that applies:

   **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on ______________ , which is fewer than 540 days before I file this bankruptcy case.

   **I am performing a homeland defense activity for at least 90 days.**

   **I performed a homeland defense activity for at least 90 days,** ending on ______________ , which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, The Means Test does not apply now, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Jessica | Margaret | Escue | I |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known)

Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

Married

Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

No

Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| 2850 N Bonnie Brae St. #415<br>Number Street<br><br>Denton TX 76207<br>City State ZIP Code | From 02/28/2026<br>To 02/22/2027 | Same as Debtor 1<br><br>Number Street<br><br>City State ZIP Code | Same as Debtor 1<br>From<br>To |
| 2205 N Bonnie Brae St. #1407<br>Number Street<br><br>Denton TX 76207<br>City State ZIP Code | From 03/08/2024<br>To 02/28/2025 | Same as Debtor 1<br><br>Number Street<br><br>City State ZIP Code | Same as Debtor 1<br>From<br>To |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

No

Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1 Jessica Margaret Escue — Case number (*if known*)
First Name / Middle Name / Last Name

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

No

Yes. Fill in the details.

| | Debtor 1: Source of Income (Check all that apply.) | Debtor 1: Gross income (before deductions and exclusions) | Debtor 2: Source of Income (Check all that apply.) | Debtor 2: Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Wages, commissions, bonuses, tips<br>Operating Business | $ | Wages, commissions, bonuses, tips<br>Operating Business | $ |
| **For last calendar year:** (January 1 to December 31, ____ ) YYYY | Wages, commissions, bonuses, tips<br>Operating Business | $ | Wages, commissions, bonuses, tips<br>Operating Business | $ |
| **For last calendar year before that:** (January 1 to December 31, ____ ) YYYY | Wages, commissions, bonuses, tips<br>Operating Business | $ | Wages, commissions, bonuses, tips<br>Operating Business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

No

Yes. Fill in the details.

| | Debtor 1: Source of Income (Describe below.) | Debtor 1: Gross income from each source (before deductions and exclusions) | Debtor 2: Source of Income (Describe below.) | Debtor 2: Gross income from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, 2025 ) YYYY | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, 2024 ) YYYY | Lyft Driver Contract Work | $ 8,431.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

No. Go to line 7.

Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

No. Go to line 7.

Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Georges Services<br>Creditor's Name<br>5765 Bozeman Dr.<br>Number Street<br>#2234<br>Plano TX 75024<br>City State ZIP Code | 07/10/2026 | $ 836.28 | $ 0.00 | Mortgage<br>Car<br>Credit Card<br>Loan Repayment<br>Suppliers or vendors<br>Other<br>They were supposed to repair my washer and dryer |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony

No.

Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name<br>Number Street | | | | |

| | | | | |
|---|---|---|---|---|
| | | $ | $ | |
| City State ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

No.

Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number Street | | | | |
| | | | | |
| City State ZIP Code | | | | |

Debtor 1 Jessica Margaret Escue
First Name Middle Name Last Name
Case number (*if known*)

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

No

Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Atlantic Urbana II Bonnie Brae LLC v. Jessica Escue and All Other Occupants<br>Case number: E26-0058J5 | Eviction | Court Name: Denton County Justice of the Peace Court Precinct 5<br>Number Street: 1400 FM 424<br>Suite 124<br>City: Cross Roads State: TX ZIP Code: 76227-7284 | Pending<br>On appeal<br>Concluded |
| Case title: Stephen Harcus v. Jessica Escue and All Other Occupants<br>Case number: E26-0756J5 | Eviction | Court Name: Denton County Justice of the Peace Court Precinct 5<br>Number Street: 1400 FM 424<br>Suite 124<br>City: Cross Roads State: TX ZIP Code: 76227-7284 | Pending<br>On appeal<br>Concluded |
| Case title: Stephen Harcus v. Jessica Escue and All Other Occupants<br>Case number: CV-2026-03863-JP | Eviction Appeal, Won | Court Name: Denton County County Court at Law #2<br>Number Street: 1450 E McKinner Street<br>Suite 1250, 2nd Floor<br>City: Denton State: TX ZIP Code: 76209 | Pending<br>On appeal<br>Concluded |
| Case title: Jessica Escue v. All My Sons<br>Case number: S25-0129J5 | Lawsuit against movers over stolen property | Court Name: Denton County Justice of the Peace Court Precinct 5<br>Number Street: 1400 FM 424<br>Suite 124<br>City: Cross Roads State: TX ZIP Code: 76227-7284 | Pending<br>On appeal<br>Concluded |
| | Nature of the case | Court or agency | Status of the case |

| | | | |
|---|---|---|---|
| Case title Jessica Escue v. Stephen McKay Harcus<br><br>Case number 26-10223-431 | Repair and Remedy Lawsuit seeking statutory damages for retaliatory eviction(s) | Denton County 431st Judicial District Court<br>Court Name<br>3900 Morse Street<br>Number Street<br><br>Denton TX 76208<br>City State ZIP Code | Pending<br>On appeal<br>Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

No. Go to line 11.

Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number Street | **Explain what happened** | | |
| | Property was repossessed.<br>Property was foreclosed.<br>Property was garnished.<br>Property was attached, seized, or levied. | | |
| City State ZIP Code | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

No

Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number Street | | | |
| City State ZIP Code | Last 4 digits of account number: XXXX– | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

No

Yes

Debtor 1 Jessica Margaret Escue — Case number (*if known*)
First Name Middle Name Last Name

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

No

Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | | | $ |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

No

Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name<br>Number Street<br>City State ZIP Code | | | $ |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

No

Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| Property was stolen from my front porch and from inside my home at 1929 N Lake Trail, Denton, TX 76201. I reported these incidences to law enforcement report ID 26121029. | Not applicable | 06/19/2026 | $ 331.00 |

Debtor 1 Jessica Margaret Escue Case number (*if known*)
First Name Middle Name Last Name

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

No

Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br>Number Street<br>City State ZIP Code<br>Email or website address<br>Person Who Made the Payment, if Not You | | | $ |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

No

Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br>Number Street<br>City State ZIP Code | | | $ |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

No

Yes. Fill in the details.

| Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|

Person Who Received Transfer

Number Street

City State ZIP Code

Person's relationship to you

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

No

Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

No

Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Frost Bank<br>Name of Financial Institution<br>111 W Houston St<br>Number Street<br>San Antonio TX 78205<br>City State ZIP Code | XXXX– 9416 | **Checking**<br>**Savings**<br>**Money market**<br>**Brokerage**<br>**Other** | 02/06/2027 | $ 0.00 |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| First National Bank of Texas<br>Name of Financial Institution<br>1103 E Rancier Ave<br>Number Street | XXXX– 9256 | **Checking**<br>**Savings**<br>**Money market** | 09/02/2026 | $ 0.00 |

Brokerage
Other

Killeen TX 76541
City State ZIP Code

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Wells Fargo<br>Name of Financial Institution<br>420 Montgomery Street<br>Number Street<br>San Francisco CA 94104<br>City State ZIP Code | XXXX– 5076 | Checking<br>Savings<br>Money market<br>Brokerage<br>Other | 12/18/2025 | $ 0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

No

Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | | No<br>Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

No

Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Go Store It!<br>Name of Storage Facility<br>520 Blake Street<br>Number Street<br>Denton TX 76208<br>City State ZIP Code | N/A N/A N/A<br>Name<br>Number Street<br>City State ZIP Code | childhood belongings, photographs, memorabilia and sentimental items that had belonged to deceased family members. I still have the property. The Storage Unit was emptied June 2026. | No<br>Yes |

**Part 9:** Identify Property You Hold or Control for Someone Else

Debtor 1 Jessica Margaret Escue — First Name / Middle Name / Last Name — Case number (*if known*)

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

No

Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $ |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

No

Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

No

Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

| | |
|---|---|
| Name of site | Governmental unit |
| Number Street | Number Street |
| City State ZIP Code | City State ZIP Code |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

No

Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title<br>Case number | Court Name<br>Number Street<br>City State ZIP Code | | **Pending**<br>**On appeal**<br>**Concluded** |

## Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

**A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

**A member of a limited liability company (LLC) or limited liability partnership (LLP)**

**A partner in a partnership**

**An officer, director, or managing executive of a corporation**

**An owner of at least 5% of the voting or equity securities of a corporation**

**No. None of the above applies. Go to Part 12.**

**Yes. Check all that apply above and fill in the details below for each business.**

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Intermedium Pictures LLC<br>Business Name<br>P.O. Box 868<br>Number Street<br>Lake Dallas TX 75065-0868<br>City State ZIP Code | This entity was created for the production of a film that was abandoned during Covid-19 | **EIN:** 84-2133451 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | Not applicable | **From** 06/18/2019 **To** 10/02/2026 |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

Debtor 1 Jessica Margaret Escue — Case number (*if known*)

First Name / Middle Name / Last Name

| Business | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Meditation House LLC<br>Business Name<br>P.O. Box 868<br>Number Street<br>Lake Dallas TX 75065-0868<br>City State ZIP Code | This entity was created for the purpose of controlling property for a production intended to occur under the previously disclosed entity, Intermedium Pictures LLC, that was abandoned during Covid-19<br>**Name of accountant or bookkeeper**<br>Not applicable | **EIN:** 84-2320869<br>**Dates business existed**<br>**From** 06/18/2019 **To** 10/02/2026 |
| Intermedium Studios LLC<br>Business Name<br>P.O. Box 868<br>Number Street<br>Lake Dallas TX 75065-0868<br>City State ZIP Code | This entity was created for the transfer of property which did not occur<br>**Name of accountant or bookkeeper**<br>Not applicable | **EIN:** 93-3166130<br>**Dates business existed**<br>**From** 08/25/2023 **To** 10/02/2026 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

No

Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name<br>Number Street<br>City State ZIP Code | MM / DD / YYYY |

## Part 12: Sign Below

**I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X** ______________________ Signature of Debtor 1

**X** ______________________ Signature of Debtor 2

Date 10/02/2026

Date ____________

Debtor 1 Jessica Margaret Escue
First Name Middle Name Last Name

Case number (*if known*)

**Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?**

No

Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

No

Yes. Name of Person ______________________. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Jessica | Margaret | Escue | I |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known)

# Mailing List

List contains the name and address of each entity included on Schedules D, E/F, G, H and Creditor Information.

| | | |
|---|---|---|
| Advanced Auto Repair<br>612 Forth Worth Drive | | |
| Denton | TX | 76201 |
| AirVets Pet Relocation/Valley View Pet Health Center<br>2561 Valley View Ln | | |
| Dallas | TX | 75234 |
| American Bankers Insurance Company of Florida<br>23852 Network Place | | |
| Chicago | IL | 60673-1238 |
| American Coradius International LLC<br>2420 Sweet Home Road<br>Suite 150 | | |
| Amherst | NY | 14228-2244 |
| Anderson Injury Lawyers<br>1310 El Paso Street | | |
| Fort Worth | TX | 76102 |
| Animal Imaging<br>500 Paddock Way | | |
| Irving | TX | 75039 |
| Animal Medical Center Highland Village<br>2810 Justin Rd | | |
| Highland Village | TX | 75077 |
| APPA Group<br>1600 Scripture St | | |
| Denton | TX | 76201-3809 |

Debtor 1 Jessica Margaret Escue | Case number (*if known*)

First Name Middle Name Last Name

| | | |
|---|---|---|
| Argyle Vet<br>410 Farm to Market 407E<br><br>Argyle | TX | 76226 |
| Aspire Allergy & Sinus<br>2436 S Interstate 35<br>Suite 340<br>Denton | TX | 76205 |
| Aspire Fertility<br>16415 Addison Road<br>Suite 900<br>Addison | TX | 75001 |
| ATI Physical Therapy<br>33204 Collection Center Dr<br><br>Chicago | IL | 60693-0331 |
| Atlantic Urbana II Bonnie Brae LLC<br>5051 Westheimer Rd<br>Suite 1200<br>Houston | TX | 77056 |
| Austin Anesthesiology Group<br>8104 N Mopac Expy<br>Bldg 3, Suite 210<br>Austin | TX | 78759 |
| Auto Science<br>750 Valley Ridge Circle<br>Suite A<br>Lewisville | TX | 75067 |
| Bank of America, N.A.<br>Bankruptcy Department<br>P.O. Box 5170<br>Simi Valley | CA | 93062-5170 |
| Beyond the Ordinary<br>4-1104 Kuhioo Hwy<br><br>Kapa'a | HI | 96746 |
| Blue Stone JV, LLP<br>3000 Corporate Ct., Suite 400<br><br>Flower Mound | TX | 75028-2781 |

Debtor 1 Jessica Margaret Escue Case number (*if known*)

First Name Middle Name Last Name

| | | |
|---|---|---|
| BluePearl Operations, LLC/BluePearl Pet Hospital<br>(Center for Veterinary Specialty & Emergency Care)<br>2950 Busch Lake Blvd<br>Tampa | FL | 33614-1859 |
| Buddy Moving, LLC<br>15455 Dallas Pkwy<br>Suite 6023<br>Addison | TX | 75001-4690 |
| Caliber Holdings, LLC DBA Caliber Collision<br>Attn: Legal / Risk Management Dept<br>2941 Lake Vista Dr<br>Lewisville | TX | 75067 |
| Capital Accounts, LLC<br>P.O. Box 680608<br>Franklin | TN | 37068-0608 |
| Capital One<br>Attn: Bankruptcy Department<br>P.O. Box 30285<br>Salt Lake City | UT | 84130-0285 |
| Capital One<br>Attn: Bankruptcy Department<br>P.O. Box 30285<br>Salt Lake City | UT | 84130-0285 |
| Capital One<br>Attn: Bankruptcy Department<br>P.O. Box 30285<br>Salt Lake City | UT | 84130-0285 |
| Care Fertility<br>1701 Park Place Ave.<br>Bedford | TX | 76022 |
| Charter Communications, Inc. on behalf of Spectrum<br>Attn: Bankruptcy Department<br>400 Washington Blvd<br>Stamford | CT | 06902 |
| Christman Attorneys, PLLC<br>2570 Justin Road<br>Suite 240<br>Highland Village | TX | 75077 |

| | | |
|---|---|---|
| City of Denton, Municipal Utilities Customer Service<br>601 E Hickory St<br>Suite F<br>Denton | TX | 76205 |
| CityVet Home Office (o.b.o. CityVet Preston Park)<br>Attn: Legal / Billing Department<br>2727 Oak Lawn Ave, Suite 200<br>Dallas | TX | 75219 |
| Clinical Pathology Laboratories, Inc.<br>Attn: Legal / Billing Department<br>9200 Wall Street<br>Austin | TX | 78754 |
| Club Pilates Franchise SPV, LLC<br>Attn: Legal / Billing Department<br>17877 Von Karman Ave, Suite 100<br>Irvine | CA | 92614 |
| Complete Health and Wellness<br>860 Hebron Pkwy<br>Suite 1001<br>Lewisville | TX | 75057 |
| Connley Boyd<br>1207 N Oak St<br><br>McKinney | TX | 75069 |
| Creekside Pet Care Center<br>8830 Davis Blvd<br><br>Keller | TX | 76248 |
| Dallas Pain Specialists, PLLC<br>13052 Dallas Pkwy<br>Suite 220<br>Dallas | TX | 75033-4241 |
| Dallas Pain Specialists, PLLC<br>13052 Dallas Pkwy<br>Suite 220<br>Dallas | TX | 75033-4241 |
| Dallas Pain Specialists, PLLC<br>13052 Dallas Pkwy<br>Suite 220<br>Dallas | TX | 75033-4241 |

| | | |
|---|---|---|
| Dallas Pain Specialists, PLLC<br>13052 Dallas Pkwy<br>Suite 220<br>Dallas | TX | 75033-4241 |
| Dallas Pain Specialists, PLLC<br>13052 Dallas Pkwy<br>Suite 220<br>Dallas | TX | 75033-4241 |
| Dallas Pain Specialists, PLLC<br>13052 Dallas Pkwy<br>Suite 220<br>Dallas | TX | 75033-4241 |
| Dallas Pain Specialists, PLLC<br>13052 Dallas Pkwy<br>Suite 220<br>Dallas | TX | 75033-4241 |
| Dallas Veterinary Dentistry & Oral Surgery<br>2700 W State Highway 114<br>Bldg 2, Suite D<br>Grapevine | TX | 76051 |
| Dallas Veterinary Surgical Center<br>4444 Trinity Mills Rd.<br>Suite 203<br>Dallas | TX | 75287-4340 |
| David Crumpton DDS<br>301 Trophy Branch Dr.<br>Suite 100<br>Trophy Club | TX | 76262 |
| Denton Chiropractic Center<br>1432 Underwood St<br>Denton | TX | 76201 |
| Denton Chiropractic Center<br>1432 Underwood St<br>Denton | TX | 76201 |
| DFW Airport<br>2400 Aviation Dr.<br>DFW Airport | TX | 75261 |

| | | |
|---|---|---|
| DFW Airport<br>2400 Aviation Dr.<br><br>DFW Airport | TX | 75261 |
| Discover<br>P.O. Box 30416<br><br>Salt Lake City | UT | 84130 |
| Double Oak Veterinary Medical Center<br>8301 Justin Rd.<br><br>Double Oak | TX | 75077 |
| Dr. Steven B. Eustice<br>Spinal Health of North Texas<br>217 E. University Dr.<br>Denton | TX | 76209 |
| Elevate Brain Injury & Mental Health<br>411 N Washington Ave<br>Suite 5000<br>Dallas | TX | 75246 |
| Elizabeth Kerner MD PA<br>6130 W Parker Rd.<br>Suite 110<br>Plano | TX | 75093 |
| Estate of Tom Jester, Jr.<br>502 W. Oak St S-102<br><br>Denton | TX | 76201 |
| Farmers Insurance Exchange<br>Attn: Bankruptcy / Legal Department<br>6301 Owensmouth Ave<br>Woodland Hills | CA | 91367-2008 |
| Fifth Gear Automotive<br>1975 Archer Way<br><br>Lewisville | TX | 75077 |
| First National Bank of Texas<br>901 E. Central Texas Expy<br><br>Killeen | TX | 76541 |

| | | |
|---|---|---|
| Fred T. Warzwick<br>1208 Anna St.<br>Suite 1100 | | |
| Denton | TX | 76201 |
| Freeman Toyota<br>204 NE Loop 820 | | |
| Hurst | TX | 76053 |
| Frost Bank<br>111 W Houston St | | |
| San Antonio | TX | 78205 |
| Hampton Inn & Suites Lewisville Vista Ridge<br>2650 Lake Vista Dr. | | |
| Lewisville | TX | 75067 |
| Health Imaging Partners LLC<br>DBA Envision Imaging<br>P.O. Box 5343 | | |
| Denver | CO | 80217-5343 |
| HeartPlace<br>1604 Hospital Parkway<br>Suite 301 | | |
| Bedford | TX | 76022 |
| Heights Finance / Covington Credit<br>P.O. Box 1947 | | |
| Greenville | SC | 29602 |
| Homewood Suites Ft. Worth Bedford<br>2401 Airport Freeway | | |
| Bedford | TX | 76021 |
| Humane Animal Medical & Surgical Center<br>1512 N Central Expressway | | |
| Plano | TX | 75074 |
| Jayne Keane<br>1870 Juniper Lane | | |
| Lewisville | TX | 75077 |

| | | |
|---|---|---|
| Jayne Keane<br>1870 Juniper Lane | | |
| Lewisville | TX | 75077 |
| Joel Cecilio Herrera<br>3378 Forest Glen Dr. | | |
| Corinth | TX | 76210 |
| JPMorgan Chase Bank, N.A.<br>Attn: Bankruptcy Department<br>P.O. Box 15298 | | |
| Wilmington | DE | 19850-5298 |
| Keitha McBride, Glen McBride, Estate of Brenda McBride<br>c/o Jill Jester, c/o Adam Whitten, c/o Roger Yale<br>502 W Oak Street, #200 | | |
| Denton | TX | 76201 |
| Law Offices of Kathy Roux<br>578 N. Kimball Ave.<br>Suite 110 | | |
| Southlake | TX | 76092 |
| Little Guys Movers<br>308 N Carroll Blvd | | |
| Denton | TX | 76201 |
| Lone Star Neurology-Denton<br>2900 N Interstate 35 #110 | | |
| Denton | TX | 76201 |
| Medical Management International, Inc. DBA Banfield Pet Hospital<br>Attn: Legal/Billing Department<br>18101 SE 6th Way | | |
| Vancouver | WA | 98683-7509 |
| Medvet Associates, Inc.<br>350 East Wilson Bridge Road | | |
| Worthington | OH | 43085 |
| Michael's Stores, Inc./Firstsource<br>Attn: Legal / Billing Department<br>3939 W John Carpenter Fwy | | |
| Irving | TX | 75063 |

| | | |
|---|---|---|
| North Dallas Momentum<br>9441 Lyndon B Johnson Fwy<br>Suite 114<br>Dallas | TX | 75243-4635 |
| NTTA<br>P.O. Box 660244<br><br>Dallas | TX | 75266 |
| PathAdvantage Associated<br>Attn: Legal / Billing Department<br>5327 N Central Expy, Suite 3000<br>Dallas | TX | 75205-3361 |
| Quest Diagnostics Incorporated<br>Attn: Legal / Billing Department<br>500 Plaza Drive<br>Secaucus | NJ | 07094 |
| Quest Diagnostics Incorporated<br>Attn: Legal / Billing Department<br>500 Plaza Drive<br>Secaucus | NJ | 07094 |
| Seymour Animal Care Clinic, PLLC<br>831 Sherry Ln S<br><br>Krugerville | TX | 76227 |
| Simple Fast Loans<br>DRB LLC<br>8601 Dunwoody Pl, Ste 406<br>Atlanta | GA | 30350 |
| Stephen McKay Harcus<br>2604 Starling St<br><br>Denton | TX | 76205 |
| Suzon Storrie Leath<br>P.O. Box 50007<br><br>Denton | TX | 76206 |
| Texas Blue Properties, LLC<br>512 W. Hickory St.<br>Suite 201<br>Denton | TX | 76201 |

| | | |
|---|---|---|
| Texas Health Physicians Group<br>Dr. Judy Yates/CSC<br>P.O. Box 975341<br>Dallas | TX | 75397 |
| Texas Health Physicians Group<br>Dr. Mark Ginnings<br>P.O. Box 975341<br>Dallas | TX | 75397 |
| Texas Health Physicians Group<br>Orthopedic Surgery Specialists Stuart Michnick<br>P.O. Box 975341<br>Dallas | TX | 75397 |
| Texas Health Resources<br>(Collection Agency: RCA)<br>612 E. Lamar Boulevard<br>Arlington | TX | 76011 |
| Texas Radiology Associates<br>P.O. Box 3368<br>Indianapolis | IN | 46206-3368 |
| The Mansions at Coyote Ridge<br>4253 Hunt Dr.<br>Carrollton | TX | 75010 |
| Therapy Partners of North Texas<br>413 Bethel Road<br>Suite 400<br>Coppell | TX | 75019 |
| Uncle Warbucks<br>Attn: Legal / Bankruptcy Dept<br>1000 N West St, Suite 1200<br>Newark | DE | 19711 |
| Wells Fargo Bank<br>333 Market Street<br>San Francisco | CA | 94104 |
| Williams-Sonoma, Inc./Firstsource<br>Attn: Legal / Billing Dept (Pottery Barn)<br>3250 Van Ness Ave<br>San Francisco | CA | 94109 |

| | | |
|---|---|---|
| Wohr Law, PLLC<br>815 N Elm St<br><br>Denton | TX | 76201 |
| Woodforest National Bank<br>1330 Lake Robbins Dr.<br><br>The Woodlands | TX | 77380 |
| Roger M. Yale<br>Yale Law Group<br>1417 E. McKinney St., Suite 220<br>Dentoo | TX | 76209 |
| Adam T. Whitten<br>Whitten & Whitten, PLLC<br>1300 Fulton Street, Bldg 300<br>Denton | TX | 76201 |
| Transworld Systems Inc.<br>P.O. Box 15130<br><br>Wilmington | DE | 19850-5130 |
| InDebted USA Inc.<br>InDebted Mail Processing Center<br>1551 Emancipation Hwy, Unit #1511<br>Fredericksburg | VA | 22401 |
| Certegy Payment Solutions, LLC<br>P.O. Box 908<br><br>Grand Junction | CO | 81502 |
| Certegy Payment Solutions, LLC<br>P.O. Box 908<br><br>Grand Junction | CO | 81502 |
| Credit Collection Services<br>Attn: Bankruptcy Department<br>725 Canton Street<br>Norwood | MA | 02062-2679 |
| Credit Collection Services<br>Attn: Bankruptcy Department<br>725 Canton Street<br>Norwood | MA | 02062-2679 |

Debtor 1 Jessica Margaret Escue Case number (*if known*)
First Name Middle Name Last Name

| | | |
|---|---|---|
| Ben Yeatts<br>Designated Title, LLC<br>550 Reserve St. #350<br>Southlake | TX | 76092 |
| Brian S. Dunn<br>Hoover Slovacek LLP<br>5051 Westheimer Rd Ste 1200<br>Houston | TX | 77056-5839 |
| Fontaine D. Laughlin<br>Fontaine Laughlin Law Office<br>5118 E University Dr.<br>Denton | TX | 76208-1402 |
| Gregory B. Fell<br>The Fell Law Firm<br>3021 E Renner Rd, Suite 140<br>Richardson | TX | 75082-3579 |
| Resource Corporation of America<br>Attn: Legal / Billing Department<br>1120 Marina Bay Drive<br>Clear Lake Shores | TX | 77565 |
| DRB LLC<br>40 Gardenville Parkway<br>Suite 201<br>West Seneca | NY | 14224 |
| Rebecca T. Vaughn<br>117 S. Dallas Street<br>Ennis | TX | 75119 |
| The Mardia Group, LLC<br>825 Watters Creek Blvd<br>#250<br>Allen | TX | 75013 |
| Benuck & Rainey, Inc.<br>25 Concord Rd.<br>Lee | NH | 03861 |
| Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst | NY | 14228 |

| | | |
|---|---|---|
| First Federal Credit Control, Inc.<br>24700 Chagrin Blvd<br>Suite 205 | | |
| Cleveland | OH | 44122-5662 |
| Midwest Fidelity Services, LLC<br>103 S. Main St. | | |
| Ottawa | KS | 66067 |
| Meade Associates, Inc.<br>737 Enterprise Dr. | | |
| Lewis Center | OH | 43035-9436 |
| Frost-Arnett Company<br>Attn: Bankruptcy Dept<br>P.O. Box 198988 | | |
| Nashville | TN | 37219-8988 |
| Stephen McKay Harcus<br>2604 Starling St | | |
| Denton | TX | 76205 |