Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Jessica Margaret Escue I (First Name Middle Name Last Name) | Social Security number or ITIN: | xxx–xx–2997 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | (First Name Middle Name Last Name) | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Texas | Date case filed for chapter: | 7 10/2/26 |
| Case number: | 26–43461 | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**10/20**

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jessica Margaret Escue I | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1929 N Lake Trail<br>Denton, TX 76201–0601 | |
| 4. | **Debtor's attorney**<br>Name and address | None | Contact phone _____________<br>Email: |
| 5. | **Bankruptcy trustee**<br>Name and address | Mark A. Weisbart<br>Chapter 7 Bankruptcy Trustee<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231–2203 | Contact phone 972–755–7103<br>Email: mweisbart@haywardfirm.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074 | Hours open:<br>8:00 – 4:00<br><br>Contact phone (972)509–1240<br><br>Date: 10/2/26 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 5, 2026 at 02:15 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 414 266 8024, and Passcode 5638463135, OR call 1–469–382–2927** |
| **For additional meeting information go to https://www.justice.gov/ust/moc** | | |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 1/4/27 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 26-43461-btr

Jessica Margaret Escue, I Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 4

Date Rcvd: Oct 05, 2026 Form ID: 309A Total Noticed: 107

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | # | Jessica Margaret Escue, I, 1929 N Lake Trail, Denton, TX 76201-0601 |
| 8885815 | + | Adam T. Whitten, Whitten & Whitten, PLLC, 1300 Fulton Street, Bldg 300, Denton, TX 76201-2662 |
| 8885714 | + | Advanced Auto Repair, 612 Forth Worth Drive, Denton, TX 76201-7135 |
| 8885715 | + | AirVets Pet Relocation/Valley View Pet Health Cent, 2561 Valley View Ln, Dallas, TX 75234-6189 |
| 8885716 | | American Bankers Insurance Company of Florida, 23852 Network Place, Chicago, IL 60673-1238 |
| 8885718 | + | Anderson Injury Lawyers, 1310 El Paso Street, Fort Worth, TX 76102-5908 |
| 8885719 | + | Animal Imaging, 500 Paddock Way, Irving, TX 75039-1225 |
| 8885720 | + | Animal Medical Center Highland Village, 2810 Justin Rd, Highland Village, TX 75077-7043 |
| 8885722 | | Argyle Vet, 410 Farm to Market 407E, Argyle, TX 76226 |
| 8885723 | + | Aspire Allergy & Sinus, 2436 S Interstate 35, Suite 340, Denton, TX 76205-4900 |
| 8885724 | + | Aspire Fertility, 16415 Addison Road, Suite 900, Addison, TX 75001-3268 |
| 8885726 | + | Atlantic Urbana II Bonnie Brae LLC, 5051 Westheimer Rd, Suite 1200, Houston, TX 77056-5839 |
| 8885727 | | Austin Anesthesiology Group, 8104 N Mopac Expy, Bldg 3, Suite 210, Austin, TX 78759 |
| 8885728 | + | Auto Science, 750 Valley Ridge Circle, Suite A, Lewisville, TX 75057-3307 |
| 8885730 | + | Beyond the Ordinary, 4-1104 Kuhioo Hwy, Kapa'a, HI 96746-1628 |
| 8885731 | | Blue Stone JV, LLP, 3000 Corporate Ct., Suite 400, Flower Mound, TX 75028-2781 |
| 8885732 | | BluePearl Operations, LLC/BluePearl Pet Hospital, (Center for Veterinary Specialty & E, 2950 Busch Lake Blvd, Tampa, FL 33614-1859 |
| 8885823 | | Brian S. Dunn, Hoover Slovacek LLP, 5051 Westheimer Rd Ste 1200, Houston, TX 77056-5839 |
| 8885733 | | Buddy Moving, LLC, 15455 Dallas Pkwy, Suite 6023, Addison, TX 75001-4690 |
| 8885734 | + | Caliber Holdings, LLC DBA Caliber Collision, Attn: Legal / Risk Management Dept, 2941 Lake Vista Dr, Lewisville, TX 75067-3801 |
| 8885735 | | Capital Accounts, LLC, P.O. Box 680608, Franklin, TN 37068-0608 |
| 8885739 | + | Care Fertility, 1701 Park Place Ave., Bedford, TX 76022-6033 |
| 8885818 | + | Certegy Payment Solutions, LLC, P.O. Box 908, Grand Junction, CO 81502-0908 |
| 8885740 | + | Charter Communications, Inc. on behalf of Spectrum, Attn: Bankruptcy Department, 400 Washington Blvd, Stamford, CT 06902-6641 |
| 8885741 | + | Christman Attorneys, PLLC, 2570 Justin Road, Suite 240, Highland Village, TX 75077-3016 |
| 8885742 | + | City of Denton, Municipal Utilities Customer Servi, 601 E Hickory St, Suite F, Denton, TX 76205-4305 |
| 8885743 | + | CityVet Home Office (o.b.o. CityVet Preston Park), Attn: Legal / Billing Department, 2727 Oak Lawn Ave, Suite 200, Dallas, TX 75219-4161 |
| 8885745 | + | Club Pilates Franchise SPV, LLC, Attn: Legal / Billing Department, 17877 Von Karman Ave, Suite 100, Irvine, CA 92614-4227 |
| 8885746 | + | Complete Health and Wellness, 860 Hebron Pkwy, Suite 1001, Lewisville, TX 75057-5145 |
| 8885747 | + | Connley Boyd, 1207 N Oak St, McKinney, TX 75069-2839 |
| 8885748 | + | Creekside Pet Care Center, 8830 Davis Blvd, Keller, TX 76248-0303 |
| 8885761 | | DFW Airport, 2400 Aviation Dr., DFW Airport, TX 75261 |
| 8885749 | | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885756 | + | Dallas Veterinary Dentistry & Oral Surgery, 2700 W State Highway 114, Bldg 2, Suite D, Grapevine, TX 76051-8661 |
| 8885757 | + | Dallas Veterinary Surgical Center, 4444 Trinity Mills Rd., Suite 203, Dallas, TX 75287-7047 |
| 8885758 | + | David Crumpton DDS, 301 Trophy Branch Dr., Suite 100, Trophy Club, TX 76262-9710 |
| 8885759 | + | Denton Chiropractic Center, 1432 Underwood St, Denton, TX 76201-7002 |
| 8885764 | + | Double Oak Veterinary Medical Center, 8301 Justin Rd., Double Oak, TX 75077-3092 |
| 8885765 | + | Dr. Steven B. Eustice, Spinal Health of North Texas, 217 E. University Dr., Denton, TX 76209-2011 |

| | | |
|---|---|---|
| 8885766 | + | Elevate Brain Injury & Mental Health, 411 N Washington Ave, Suite 5000, Dallas, TX 75246-1792 |
| 8885767 | + | Elizabeth Kerner MD PA, 6130 W Parker Rd., Suite 110, Plano, TX 75093-7917 |
| 8885768 | + | Estate of Tom Jester, Jr., 502 W. Oak St S-102, Denton, TX 76201-0403 |
| 8885770 | + | Fifth Gear Automotive, 1975 Archer Way, Lewisville, TX 75077-7626 |
| 8885824 | | Fontaine D. Laughlin, Fontaine Laughlin Law Office, 5118 E University Dr., Denton, TX 76208-1402 |
| 8885772 | + | Fred T. Warzwick, 1208 Anna St., Suite 1100, Denton, TX 76201-2991 |
| 8885773 | + | Freeman Toyota, 204 NE Loop 820, Hurst, TX 76053-7327 |
| 8885825 | | Gregory B. Fell, The Fell Law Firm, 3021 E Renner Rd, Suite 140, Richardson, TX 75082-3579 |
| 8885775 | + | Hampton Inn & Suites Lewisville Vista Ridge, 2650 Lake Vista Dr., Lewisville, TX 75067-3931 |
| 8885776 | | Health Imaging Partners LLC, DBA Envision Imaging, P.O. Box 5343, Denver, CO 80217-5343 |
| 8885777 | + | HeartPlace, 1604 Hospital Parkway, Suite 301, Bedford, TX 76022-6931 |
| 8885779 | + | Homewood Suites Ft. Worth Bedford, 2401 Airport Freeway, Bedford, TX 76021-5844 |
| 8885780 | + | Humane Animal Medical & Surgical Center, 1512 N Central Expressway, Plano, TX 75074-5714 |
| 8885781 | + | Jayne Keane, 1870 Juniper Lane, Lewisville, TX 75077-2734 |
| 8885783 | + | Joel Cecilio Herrera, 3378 Forest Glen Dr., Corinth, TX 76210-2176 |
| 8885785 | + | Keitha McBride, Glen McBride, Estate of Brenda McB, c/o Jill Jester, c/o Adam Whitten, c/o R, 502 W Oak Street, #200, Denton, TX 76201-9083 |
| 8885786 | + | Law Offices of Kathy Roux, 578 N. Kimball Ave., Suite 110, Southlake, TX 76092-6897 |
| 8885787 | + | Little Guys Movers, 308 N Carroll Blvd, Denton, TX 76201-9054 |
| 8885788 | + | Lone Star Neurology-Denton, 2900 N Interstate 35 #110, Denton, TX 76201-5142 |
| 8885789 | | Medical Management International, Inc. DBA Banfiel, Attn: Legal/Billing Department, 18101 SE 6th Way, Vancouver, WA 98683-7509 |
| 8885790 | + | Medvet Associates, Inc., 350 East Wilson Bridge Road, Worthington, OH 43085-3402 |
| 8885791 | + | Michael's Stores, Inc./Firstsource, Attn: Legal / Billing Department, 3939 W John Carpenter Fwy, Irving, TX 75063-2909 |
| 8885792 | | North Dallas Momentum, 9441 Lyndon B Johnson Fwy, Suite 114, Dallas, TX 75243-4635 |
| 8885794 | | PathAdvantage Associated, Attn: Legal / Billing Department, 5327 N Central Expy, Suite 3000, Dallas, TX 75205-3361 |
| 8885828 | + | Rebecca T. Vaughn, 117 S. Dallas Street, Ennis, TX 75119-4744 |
| 8885826 | + | Resource Corporation of America, Attn: Legal / Billing Department, 1120 Marina Bay Drive, Clear Lake Shores, TX 77565-2464 |
| 8885814 | + | Roger M. Yale, Yale Law Group, 1417 E. McKinney St., Suite 220, Dentoo, TX 76209-2504 |
| 8885797 | + | Seymour Animal Care Clinic, PLLC, 831 Sherry Ln S, Krugerville, TX 76227-2807 |
| 8885799 | + | Stephen McKay Harcus, 2604 Starling St, Denton, TX 76205-2045 |
| 8885800 | + | Suzon Storrie Leath, P.O. Box 50007, Denton, TX 76206-0007 |
| 8885802 | ++ | TEXAS HEALTH PHYSICIANS GROUP, PO BOX 975341, DALLAS TX 75397-5341 address filed with court:, Texas Health Physicians Group, Dr. Judy Yates/CSC, P.O. Box 975341, Dallas, TX 75397 |
| 8885801 | + | Texas Blue Properties, LLC, 512 W. Hickory St., Suite 201, Denton, TX 76201-9000 |
| 8885807 | + | The Mansions at Coyote Ridge, 4253 Hunt Dr., Carrollton, TX 75010-3202 |
| 8885829 | + | The Mardia Group, LLC, 825 Watters Creek Blvd, #250, Allen, TX 75013-3770 |
| 8885808 | + | Therapy Partners of North Texas, 413 Bethel Road, Suite 400, Coppell, TX 75019-4477 |
| 8885809 | | Uncle Warbucks, Attn: Legal / Bankruptcy Dept, 1000 N West St, Suite 1200, Newark, DE 19711 |
| 8885811 | + | Williams-Sonoma, Inc./Firstsource, Attn: Legal / Billing Dept (Pottery Barn, 3250 Van Ness Ave, San Francisco, CA 94109-1012 |
| 8885812 | + | Wohr Law, PLLC, 815 N Elm St, Denton, TX 76201-2996 |

TOTAL: 77

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: mark.weisbart@txitrustee.com | Oct 06 2026 01:53:00 | Mark A. Weisbart, Chapter 7 Bankruptcy Trustee, 10501 N Central Expy Suite 106, Dallas, TX 75231-2203 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Oct 06 2026 01:54:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8885725 | ^ | MEBN | Oct 06 2026 01:51:53 | ATI Physical Therapy, 33204 Collection Center Dr, Chicago, IL 60693-0331 |
| 8885717 | ^ | MEBN | Oct 06 2026 01:52:16 | American Coradius International LLC, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 8885729 | | EDI: BANKAMER | Oct 06 2026 05:50:00 | Bank of America, N.A., Bankruptcy Department, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 8885830 | + | Email/Text: legal@benuckrainey.com | Oct 06 2026 01:54:00 | Benuck & Rainey, Inc., 25 Concord Rd., Lee, NH 03861-6624 |
| 8885736 | | EDI: CAPITALONE.COM | Oct 06 2026 05:50:00 | Capital One, Attn: Bankruptcy Department, P.O. |

| | | | | |
|---|---|---|---|---|
| | | | | Box 30285, Salt Lake City, UT 84130-0285 |
| 8885744 | + | Email/Text: cplclientbilling@xifin.com | Oct 06 2026 01:54:00 | Clinical Pathology Laboratories, Inc., Attn: Legal / Billing Department, 9200 Wall Street, Austin, TX 78754-4534 |
| 8885820 | | EDI: CCS.COM | Oct 06 2026 05:50:00 | Credit Collection Services, Attn: Bankruptcy Department, 725 Canton Street, Norwood, MA 02062-2679 |
| 8885827 | | Email/Text: letterprocessing@thedrbllc.com | Oct 06 2026 01:53:00 | DRB LLC, 40 Gardenville Parkway, Suite 201, West Seneca, NY 14224 |
| 8885763 | + | EDI: DISCOVER | Oct 06 2026 05:50:00 | Discover, P.O. Box 30416, Salt Lake City, UT 84130-0416 |
| 8885832 | | Email/Text: rj@ffcc.com | Oct 06 2026 01:53:00 | First Federal Credit Control, Inc., 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122-5662 |
| 8885835 | | Email/Text: bankruptcy@frost-arnett.com | Oct 06 2026 01:53:00 | Frost-Arnett Company, Attn: Bankruptcy Dept, P.O. Box 198988, Nashville, TN 37219-8988 |
| 8885769 | + | Email/Text: usw_corp_legal_service_of_process@farmersinsurance.com | Oct 06 2026 01:54:00 | Farmers Insurance Exchange, Attn: Bankruptcy / Legal Department, 6301 Owensmouth Ave, Woodland Hills, CA 91367-2216 |
| 8885771 | + | Email/Text: LegalOperations@1stnb.com | Oct 06 2026 01:54:00 | First National Bank of Texas, 901 E. Central Texas Expy, Killeen, TX 76541-8922 |
| 8885831 | + | Email/Text: crdept@na.firstsource.com | Oct 06 2026 01:54:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 8885774 | + | Email/Text: Loan.Recovery@frostbank.com | Oct 06 2026 01:53:00 | Frost Bank, 111 W Houston St, San Antonio, TX 78205-2114 |
| 8885778 | + | Email/Text: bankruptcy@curo.com | Oct 06 2026 01:54:00 | Heights Finance / Covington Credit, P.O. Box 1947, Greenville, SC 29602-1947 |
| 8885817 | + | Email/Text: clientsupport-us-stl@indebted.co | Oct 06 2026 01:54:00 | InDebted USA Inc., InDebted Mail Processing Center, 1551 Emancipation Hwy, Unit #1511, Fredericksburg, VA 22401-4683 |
| 8885784 | | EDI: JPMORGANCHASE | Oct 06 2026 05:50:00 | JPMorgan Chase Bank, N.A., Attn: Bankruptcy Department, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 8885834 | | Email/Text: info@meadeandassociates.com | Oct 06 2026 01:53:00 | Meade Associates, Inc., 737 Enterprise Dr., Lewis Center, OH 43035-9436 |
| 8885833 | | Email/Text: ahull@midwestfidelity.com | Oct 06 2026 01:53:00 | Midwest Fidelity Services, LLC, 103 S. Main St., Ottawa, KS 66067 |
| 8885793 | + | EDI: NTXTOLWAY | Oct 06 2026 05:50:00 | NTTA, P.O. Box 660244, Dallas, TX 75266-0244 |
| 8885795 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 06 2026 01:54:00 | Quest Diagnostics Incorporated, Attn: Legal / Billing Department, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 8885798 | | Email/Text: bankruptcy_department@clacorp.com | Oct 06 2026 01:53:00 | Simple Fast Loans, DRB LLC, 8601 Dunwoody Pl, Ste 406, Atlanta, GA 30350 |
| 8885805 | + | EDI: TEXASHEALTH.COM | Oct 06 2026 05:50:00 | Texas Health Resources, (Collection Agency: RCA), 612 E. Lamar Boulevard, Arlington, TX 76011-4121 |
| 8885806 | ^ | MEBN | Oct 06 2026 01:52:04 | Texas Radiology Associates, P.O. Box 3368, Indianapolis , IN 46206-3368 |
| 8885816 | | Email/Text: bankruptcydepartment@tsico.com | Oct 06 2026 01:54:00 | Transworld Systems Inc., P.O. Box 15130, Wilmington, DE 19850-5130 |
| 8885810 | + | EDI: WFFC | Oct 06 2026 05:50:00 | Wells Fargo Bank, 333 Market Street, San Francisco, CA 94105-2102 |
| 8885813 | + | Email/Text: ebankruptcy@woodforest.com | Oct 06 2026 01:54:00 | Woodforest National Bank, 1330 Lake Robbins Dr., The Woodlands, TX 77380-3267 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8885737 | * | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 8885738 | * | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 8885819 | *+ | Certegy Payment Solutions, LLC, P.O. Box 908, Grand Junction, CO 81502-0908 |
| 8885821 | * | Credit Collection Services, Attn: Bankruptcy Department, 725 Canton Street, Norwood, MA 02062-2679 |
| 8885762 | * | DFW Airport, 2400 Aviation Dr., DFW Airport, TX 75261 |
| 8885750 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885751 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885752 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885753 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885754 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885755 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885760 | *+ | Denton Chiropractic Center, 1432 Underwood St, Denton, TX 76201-7002 |
| 8885782 | *+ | Jayne Keane, 1870 Juniper Lane, Lewisville, TX 75077-2734 |
| 8885796 | *+ | Quest Diagnostics Incorporated, Attn: Legal / Billing Department, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 8885836 | *+ | Stephen McKay Harcus, 2604 Starling St, Denton, TX 76205-2045 |
| 8885803 | *P++ | TEXAS HEALTH PHYSICIANS GROUP, PO BOX 975341, DALLAS TX 75397-5341, address filed with court:, Texas Health Physicians Group, Dr. Mark Ginnings, P.O. Box 975341, Dallas, TX 75397 |
| 8885804 | *P++ | TEXAS HEALTH PHYSICIANS GROUP, PO BOX 975341, DALLAS TX 75397-5341, address filed with court:, Texas Health Physicians Group, Orthopedic Surgery Specialists Stuart Mi, P.O. Box 975341, Dallas, TX 75397 |
| 8885721 | ## | APPA Group, 1600 Scripture St, Denton, TX 76201-3809 |
| 8885822 | ##+ | Ben Yeatts, Designated Title, LLC, 550 Reserve St. #350, Southlake, TX 76092-1555 |

TOTAL: 0 Undeliverable, 17 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters