26-43461

# **Master Matrix**

Advanced Auto Repair
612 Fort Worth Dr., Denton, TX 76201

AES / NCT
P.O. Box 61047, Harrisburg, PA 17106

Airrosti Rehab Centers, LLC
111 Tower Drive, Bldg 1, San Antonio, TX 78232

Airvets Pet Relocation / Valley View Pet Health Center
2561 Valley View Ln, Farmers Branch, TX 75234

Akumin Denton
1614 Scripture St, Suite 2, Denton, TX 76201

American Bankers Insurance
American Banker's Insurance Company of Florida, 23852 Network Place, Chicago, IL 60673-1238

American Coradius International LLC
2420 Sweet Home Rd Ste 150, Amherst, NY 14228-2244

American National Bank & Trust
2732 Midwestern Pkwy, Wichita Falls, TX 76308

AMS Serving Group
P.O. Box 3176, Winston Salem, NC 27102-3176

Anderson Injury Lawyers
1310 El Paso Street, Fort Worth, TX 76102

Animal Imaging
500 Paddock Way, Irving, TX 75039

Animal Medical Center Highland Village
2810 Justin Road, Highland Village, TX 75077

APPA Group
1600 Scripture Street, Denton, TX 76201-3809

Argyle Vet
410 Farm to Market 407E, Argyle, TX 76226

Aspire Allergy & Sinus
2436 S Interstate 35, Suite 340, Denton, TX 76205

Aspire Fertility
16415 Addison Road, Suite 900, Addison, TX 75001

ATI Physical Therapy
33204 Collection Center Drive, Chicago, IL 60693-0331

Atlantic Urbana II Bonnie Brae LLC
5051 Westheimer Rd, Suite 1200, Houston, TX 77056

Austin Anesthesiology Group
8104 N Mopac Expy, Bldg 3, Suite 210, Austin, TX 78759

Auto Science
750 Valley Ridge Circle, Suite A, Lewisville, TX 75067

Bank of America
Bankruptcy Dept, P.O. Box 5170, Simi Valley, CA 93062-5170

Ben Yeatts, Designated Title, LLC
3537 Teasley Lane, Denton, TX 76210

Benuck & Rainey, Inc.
25 Concord Rd, Lee, NH 03861

Beyond the Ordinary
4-1104 Kuhioo Hwy, Kapa'a, HI 96746

Blue Cross Blue Shield of Texas
PO Box 660819, Dallas, TX 75266-0819

BluePearl Operations, LLC DBA BluePearl Pet Hospital
2950 Busch Lake Blvd, Tampa, FL 33614-1859

Blue Stone JV, LLP
3000 Corporate Ct, Suite 400, Flower Mound, TX 75028-2781

Brian S. Dunn, Hoover Slovacek LLP
5051 Westheimer Rd., Suite 1200, Houston, TX 77056-5839

Buddy Moving, LLC
15455 Dallas Pkwy, Suite 6023, Addison, TX 75001-4690

Caine Weiner
5805 Sepulveda Blvd., 4th Floor, Sherman Oaks, CA 91413-0848

Caliber Holdings, LLC DBA Caliber Collision
Attn: Legal / Risk Management Dept, 2941 Lake Vista Dr., Lewisville, TX 75067

Campus Partners
P.O. Box 2901, Winston-Salem, NC 27102-2901

Capital Accounts
P.O. Box 680608, Franklin, TN 37068

Capital One
Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285

Care Fertility
1701 Park Place Ave, Bedford, TX 76022

Certegy Payment Solutions, LLC
PO Box 908, Grand Junction, CO 81502

C.G. Jung-Institut Zurich
Hornweg 28, 8700, Kusnacht, Switzerland

Charter Communications, LLC
Attn: Bankruptcy Department, 400 Washington Blvd., Stamford, CT 06902

Charter Communications, LLC o.b.o. Spectrum
Bankruptcy Dept, 400 Washington Blvd., Stamford, CT 06902

Chime The Bancorp Bank, N.A.
409 Silverside Road, Suite 105, Wilmington, DE 19809

ChiroMed & Wellness (Jason Manin)
4401 N I-35, Suite #103, Denton, TX 76207

Christman Attorneys
2750 Justin Rd, Suite 240, Highland Village, TX 75077

City of Denton Municipal Court
601 E Hickory St Suite D, Denton, TX 76205

City of Denton Municipal Utilities & Electric
601 E Hickory Street, Suite F, Denton, TX 76205

CityVet Home Office o.b.o. CityVet Preston Park
Legal Dept, 2727 Oak Lawn Ave, Suite 200, Dallas, TX 75219

Claim Angel, Inc.
5801 Congress Avenue, Boca Raton, FL 33487

Club Pilates Franchise SPV, LLC
17877 Von Karman Ave., Suite 100, Irvine, CA 92614

Complete Health & Wellness
860 Hebron Pkwy, Suite 1001, Lewisville, TX 75057

Connley Boyd
1207 N Oak St, McKinney, TX 75069

Coppell Spine & Sports Rehab LTD / Therapy Partners
P.O. Box 2650, Coppell, TX 75019-8650

Country Door and Colony Brands, Inc.
1112 7th Avenue, Monroe, WI 53566

Covington Credit Heights Finance / SMC
101 N. Main St, Suite 600, Greenville, SC 29602

CPL Labs
Attn: Legal / Billing Dept, 9200 Wall Street, Austin, TX 78754

Credit Collection Services
725 Canton Street, Norwood, MA 02062

Credit Control
P.O. Box 37380, Albuquerque, NM 87176

Credit Management Outsource Solutions
9 Seville Place, Dublin 1, Ireland D01 T6R0

Credit Protection Associates
Credit Protection Association, L.P., One Galleria Tower, 13355 Noel Road, Suite 2100, Dallas, TX 75240-6837

Credit Service Company, Inc.
PO Box 1120, Colorado Springs, CO 80901-1120

Creekside Pet Care Center
8830 Davis Boulevard, Keller, TX 76248

Cubesmart Self Storage
6501 S I-35E, Corinth, TX 76210

Dallas Pain Specialists, PLLC
13052 Dallas Pkwy Ste 220, Frisco, TX 75034-4241

Dallas Veterinary Dentistry & Oral Surgery
2700 W State Hwy 114, Bldg 2, Suite D, Grapevine, TX 76051

Dallas Veterinary Surgical Center
4444 Trinity Mills Rd, Suite 203, Dallas, TX 75287

David Crumpton DDS
301 Trophy Branch Dr. #100, Trophy Club, TX 76262

Debt Portfolio Holdings LLC
40 Gardenville Parkway, Suite 210B, West Seneca, NY 14224

Denton Chiropractic Center
1432 Underwood St., Denton, TX 76201

Denton Vehicle Storage / Sanger Vehicle Storage
1810 N Stemmons St., Suite 2, Sanger, TX 76266

DePalma Family Dentistry
1314 North Locust St., Denton, TX 76201

DFW Airport
2400 Aviation Dr., DFW Airport, TX 75261

Discover
P.O. Box 30416, Salt Lake City, UT 84130

Double Oak Veterinary Medical Center
8301 Justin Rd., Double Oak, TX 75077

DRB LLC
40 Gardenville Pkwy W, Suite 201, West Seneca, NY 14224

Elevate Brain Injury & Mental Health
411 N Washington Ave, Suite 5000, Dallas, TX 75246

Elizabeth Kerner, MD PA
6130 W. Parker Rd., Suite 110, Plano, TX 75093

Envision Imaging
P.O. Box 17546, Denver, CO 80217-7546

Envision Imaging
8610 Explorer Dr., Suite 300, Colorado Springs, CO 80920

Envision Physician Services
P.O. Box 99082, Las Vegas, NV 89193-9082

Essential Lending Inc DBA Wise Loan
P.O. Box 101265, Fort Worth, TX 76185-1265

Estate of Brenda McBride c/o Roger M. Yale
1417 E. McKinney St., Suite 220, Denton, TX 76209

Estate of Tom Jester, Jr.
502 W. Oak St. S-102, Denton, TX 76201

Expanding Light Retreat
13930 Expanding Light Drive, Nevada City, CA 95959

The Family Chiropractic Center
1124 North Locust Street, Denton, TX 76201

Farmers Insurance Exchange
Attn: Bankruptcy Dept, 6301 Owensmouth Ave, Woodland Hills, CA 91367-2008

FBCS, Inc.
330 S. Warminster Rd., Suite 353, Hatboro, PA 19040

FCR Collection Services
8 Goodyear, Suite 110, Irvine, CA 92618

Fetch! Pet Care, Inc DBA Fetch! Flower Mound
7086 Corporate Way, Dayton, OH 45459

Fifth Gear Automotive
1975 Archer Way, Lewisville, TX 75077

First Federal Credit Control
25700 Science Park Dr., Suite 370, Beachwood, OH 44122

First National Bank of Texas
P.O. Box 937, Killeen, TX 76540-0937

Firstsource Advantage, LLC
205 Bryant Woods South, Amherst, NY 14228

Fontaine D. Laughlin Law Office
5118 E University Dr., Denton, TX 76208-1402

Fred T. Warzwick
1208 Anna Street, Suite 1100, Denton, TX 76201

Freeman Toyota
204 NE Loop 820, Hurst, TX 76053

Frontier
1919 McKinney Ave., Dallas, TX 75201

Frontier, A Verizon Company
P.O. Box 740407, Cincinnati, OH 45274-0407

Frost-Arnett Company
P.O. Box 198988, Nashville, TN 37219-8988

Frost Bank
111 W Houston St, San Antonio, TX 78205

Gabrielle Knuckles and Tim Russell
1503 Fairview Ave, Milwaukee, WI 53172

Glen McBride c/o Adam T. Whitten, Whitten & Whitten, PLLC
1300 Fulton St., Building 300, Denton, TX 76201

Global Solutions Biz
400 Galleria Pkwy SE, Suite 1500, Altanta, GA 30339

Gradman M.D., Wayne S. DBA Beverly Hills Vein Center
2080 Century Park East, Suite 803, Los Angeles, CA 90067

Gregory B. Fell, The Fell Law Firm
3021 E Renner Rd., Suite 140, Richardson, TX 75082-3579

Hampton Inn & Suites Dallas/Lewisville Vista Ridge
2650 Lake Vista Dr., Lewisville, TX 75067

Hampton Inn & Suites Denton
1513 Centre Place Dr., Denton, TX 76205

Harris County Toll Road Authority
7701 Wilshire Place Dr., Houston, TX 77040

HEAL Veterinary Hospital + Pet Rehabilitation
4509 Lemmon Ave., Dallas, TX 75219

Health Imaging Partners LLC DBA
PO Box 5343, Denver, CO 80217-5343

Health Services of North Texas, Inc.
4401 N Interstate 35, Unit 312, Denton, TX 76207

HeartPlace
1604 Hospital Parkway, Ste 301, Bedford, TX 76022

Hilton London Heathrow
Terminal 4, Heathrow Airport, Sheffield Way, Hounslow, TW6 3AF, United Kingdom

Holiday Inn Express Carpinteria
5606 Carpinteria Ave, Carpinteria, CA 93013

Homewood Suites Ft. Worth-Bedford
2401 Airport Fwy, Bedford, TX 76021

Humane Animal Medical & Surgical Hospital
1512 N Central Expressway, Plano, TX 75074

IC Systems, Inc.
444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378

InDebted USA, Inc.
1551 Emancipation Hwy, Unit #1511, Fredericksburg, VA 22401

Integrative Veterinary Wellness
2701 Custer Pkwy, Suite 803, Richardson, TX 75080

Jana Darling
1169 Valley Oaks Dr., Lewisville, TX 75067

Jayne Hardey Keane
1870 Juniper Lane, Lewisville, TX 75077

Jefferson Capital Systems LLC Emblem Mastercard
200 14th Ave E, Sartell, MN 56377

Joel Cecilio Herrera
3378 Forest Glen Dr., Corinth, TX 76210

JPMorgan Chase Bank, N.A.
270 Park Avenue, New York, NY 10017

Judy Yates, MD / Credit Systems, Inc.
1485 Garden of the Gods Rd., Suite 120, Colorado Springs, CO 80907

Kare Plastic Surgery
804 7th Street, Santa Monica, CA 90403

Kathy Roux DBA Law Office of Kathy Roux
1560 E Southlake Blvd, Suite 100, Southlake, TX 76092

Keitha McBride c/o Jill E. Jester, Minor & Jester, P.C.
502 W. Oak St., Suite 200, Denton, TX 76201

Kelly's Hotel Dublin
36 South Great George St., Dublin 2, Ireland

Kuzmich Family Counseling
Steve Kuzmich, 335 W Main St., Lewisville, TX 75057

Laboratory Corporation of America Holdings DBA LabCorp
531 South Spring Street, Burlington, NC 27215

LanCarte Law, PLLC
2817 West End Ave, Suite 126-276, Nashville, TN 37203

The Landing Lake Tahoe Resort & Spa
4104 Lakeshore Blvd., South Lake Tahoe, CA 96150

Laura Hames Franklin
35512 S Highway 1, Gualala, CA 95445

Lighthouse Family Medical
6515 Colleyville Blvd, Colleyville, TX 76034-6231

Little Guys Movers, Inc.
308 N Carroll Blvd, Suite 100, Denton, TX 76201-9054

Little Smiles Dentistry
967 N Garden Ridge Blvd., Suite A, Lewisville, TX 75077

Lonestar Neurology
2900 N Interstate 35 #110, Denton, TX 76201

Lone Star Toyota of Lewisville
1547 S Stemmons Fwy, Lewisville, TX 75067-8321

The Mardia Group, LLC
825 Watters Creek Blvd., #250, Allen, TX 75013

McCart Family Dental
130 W. McCart Street, Krum, TX 76249

Meade & Associates
737 Enterprise Dr., Lewis Center, OH 43035-9436

Medical City Denton
3535 S Interstate 35 E, Denton, TX 76210

Medical Management International, Inc. DBA Banfield Pet Hospital
18101 SE 6th Way, Vancouver, WA 98683-7509

Medicredit
P.O. Box 505600, St. Louis, MO 63150-5600

MediCredit
PO Box 1629, Maryland Heights, MO 63043-0629

Medford Chiropractic & Family Wellness
2412 Old North Rd. #100B, Denton, TX 76209

MedVet Associates, LLC.
350 E. Wilson Bridge Road, Suite 250, Worthington, OH 43085

Metropolitan Anesthesia Consultants, LLP
3625 N. Hall St., Suite 800, Dallas, TX 75219

Michael Crowder Law, PLLC
860 Hebron Pkwy, Suite 402, Lewisville, TX 75057-5143

Michael's Stores, Inc.
Attn: Legal Department, 3939 W John Carpenter Fwy, Irving, TX 75063

Midwest Fidelity Services, LLC
103 S Main St., Ottawa, KS 66067-2327

Modern Adjustment Bureau
P.O. Box 491967, Los Angeles, CA 90049

Mohela / Navient
633 Spirit Dr., Chesterfield, MO 63005-1243

The Montenotte Hotel
Middle Glanmire Road, Montenotte, Cork, T23 E9DX Ireland

Morningstar Storage Lewisville
1850 McGee Lane, Lewisville, TX 75077

Nancy Robinson-Kime, Ph.D.
Sonneggsteig 7, 8006 Zurich, Switzerland

National Credit Adjusters
327 W. 4th Avenue, Hutchison, KS 67501

National Credit Adjusters
327 W. 4th Avenue, Hutchison, KS 67501

National General Insurance
P.O. Box 89431, Cleveland, OH 44101-6431

NCA
327 W 4th Ave, Hutchinson, KS 67501-4842

North Dallas Momentum
9441 Lyndon B Johnson Fwy, Suite 114, Dallas, TX 75243-4635

NTTA
P.O. Box 260928, Plano, TX 75026-0928

Ortus MD
3311 Yucca Dr., Suite 100, Flower Mound, TX 75028-2743

PathAdvantage Associated
5327 N Central Expressway, Suite 3000, Dallas, TX 75205-3361

Paws & Claws Animal Hospital
2145 W. Park Blvd., Plano, TX 75075

Paws in Peace
401 Chivers Trail, Bridgeport, TX 76426

PayPal, Inc DBA Venmo
2211 North First Street, San Jose, CA 95131-2021

PayPal, Inc.
2211 North First Street, San Jose, CA 95131

Peak Fertility
5288 Town Square Dr., Plano, TX 75024

Perch Denton and Willow Bridge Property Company LLC
1722 Routh Street, Suite 1200, Dallas, TX 75201

PHEAA Pennsylvania Higher Education Assistance Agency
1200 North Seventh Street, Harrisburg, PA 17102-1444

Planet Fitness
4 Liberty Lane West, Floor 2, Hampton, NH 03842

Portfolio Recovery Associates, LLC
120 Corporate Blvd., Norfolk, VA 23502

Pottery Barn (Williams-Sonoma, Inc.) c/o Certegy Payment Solutions, LLC
PO Box 908, Grand Junction, CO 81502

Preferred Imaging Frisco
8300 W Sunrise Blvd, Plantation, FL 33322

Privia Medical Group North Texas
P.O. Box 961205, Fort Worth, TX 76161-1205

Proactive Collection Service LLC
8233 N Olympia St., Portland, OR 97203

Progressive Casualty Insurance Co.
6300 Wilson Mills Rd., Mayfield Village, OH 44143

Quest Diagnostics
Attn: Legal Dept, 500 Plaza Drive, Secaucus, NJ 07094

Raj Abhinandan, MD
2214 Emery St #220, Denton, TX 76201

Rebecca T. Vaughn
117 S. Dallas Street, Ennis, TX 75119

Red Rock Diagnostics, LLC
2980 S Jones Blvd, Suite I, Las Vegas, NV 89146-5656

Resource Corporation of America
Attn: Legal Dept, 1120 Marina Bay Dr., Clear Lake Shores, TX 77565

Resource Corporation of America
P.O. Box 731467, Dallas, TX 75373

Roberts Zimmerman PLLC
550 Reserve Street, Suite 390, Southlake, TX 76092

Rose Imaging Specialists, PA DBA Solis Mammography
P.O. Box 203268, Dallas, TX 75320-3268

Second Round LP
P.O. Box 41955, Austin, TX 78704

Sehnert Precision Dentistry
501 W Main Street, Lewisville, TX 75057

Seymour Animal Care Clinic, PLLC
831 Sherry Lane S, Krugerville, TX 76227

SIMM Associates, Inc
800 Pencader Dr., Newark, DE 19702

Simple Fast Loans, Inc.
8601 Dunwoody Pl, Suite 406, Atlanta, GA 30350-2550

Sona Dermatology / Sona Med Spa
5960 Fairview Rd, Suite 500, Charlotte, NC 28210

Southlake Physical Medicine PLLC
1500 W Southlake Blvd Suite 120, Southlake, TX 76092-5950

State Farm Matt Friess Agency
1440 Robinson Rd., Suite 440, Corinth, TX 76210

Stephen Harcus
2604 Starling St., Denton, TX 76205

Dr. Steven B. Eustice / Spinal Health of North Texas
217 E. University Dr., Denton, TX 76209

Student Loan Services
Buchanan Hall, 1000 Asp Avenue Room 208, Norman, OK 73019-4071

Sugarloaf Ventures T/A Powerscourt Hotel c/o E.C.C. & Associates
26 Railroad Ave, Suite 117, Babylon, NY 11702-2204

Surgery Associates North Texas
3322 Colorado Blvd., Suite 101, Denton, TX 76210

Suzon Storrie Leath
P.O. Box 50007, Denton, TX 76206

Syncom
5450 NW Central Drive, Suite 220, Houston, TX 77092

Synerprise
2809 Regal Road, Suite 107, Plano, TX 75075

TEK-Collect Incorporated
P.O. Box 1269, Columbus, OH 43216-1269

Texas A&M Small Animal Hospital
408 Raymond Stotzer Pkwy, College Station, TX 77845

Texas Blue Properties, LLC
512 W. Hickory St., Suite 201, Denton, TX 76201

Texas Digestive Care, PLLC
2900 N Interstate 35 #210, Denton, TX 76201

Texas Health Physicians Group
PO Box 975341, Dallas, TX 75397

Texas Health Resources
612 E. Lamar Boulevard, Arlington, TX 76011

Texas Health Resources (Texas Health Presbyterian Hospital Flower Mound)
4400 Long Prarie Road, Flower Mound, TX 75028

Texas Radiology Associates
PO Box 3368, Indianapolis, IN 46206-3368

Texas Woman's University
304 Administration Dr., Denton, TX 76204

The Mansions at Coyote Ridge
4253 Hunt Dr., Carrollton, TX 75010

Times Square EDITION
701 7th Ave., New York, NY 10036

Timothy Dansby Schenk
10935 S Richmond Ave, Tulsa, OK 74137-7112

T-Mobile USA, Inc.
12920 SE 38th Street, Bellevue, WA 98006

Transworld Systems Inc.
500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2707

Trident Asset Management, L.L.C.
10375 Old Alabama Connector Rd., Suite 303, Alpharetta, GA 30022-1122

Turo Inc.
111 Sutter St., Floor 12, San Francisco, CA 94104

TVMDL (Texas A&M Veterinary Medical Diagnostic Laboratory)
P.O. Drawer 3040, College Station, TX 77841-3040

Twisted Bodies Pilates and Yoga
1706 N Elm St, Denton, TX 76201-3017

TxTag
P.O. Box 650749, Dallas, TX 75265-0749

Uncle Warbucks
Corpomax, Inc., 2915 Ogletown Road, Newark, DE 19713

University of North Texas
Attn: Office of General Counsel, 1155 Union Circle, #310907, Denton, TX 76203-5017

UNT Libraries Administrative Office
1155 Union Circle #305190, Denton, TX 76203-5017

UNT Parking and Transportation Services
1155 Union Circle #310948, Denton, TX 76203-5017

U.S. Department of Education / Aid Vantage
Default Resolution Group, P.O. Box 5609, Greenville, TX 75403-5609

U.S. Department of Education / Aid Vantage
1891 Metro Center Dr., Reston, VA 20190

VCA Advanced Veterinary Care
15926 Hawthorne Blvd., Lawndale, CA 90260

VCA Dallas Animal Specialty Hospital / Dr. Zachary Wright (formerly VCA ADC)
17727 Dallas Parkway Suite 150, Dallas, TX 75287-4148

VCA Inc DBA VCA Care Club
Attn: Accts Receivable, 12401 West Olympic Blvd., Los Angeles, CA 90064-1002

VCA Westcreek Animal Hospital
7451 Oakmont Blvd., Fort Worth, TX 76132-1905

Veterinary Specialists North Texas LLC
4631 Citylake Blvd. W, Fort Worth, TX 76132

Vodafone Ireland Limited
70 St. Stephen's Green, Dublin 2, D02 E2X4, Ireland

Waxahachie Autoplex
1800 US 287 Bypass B, Waxahachie, TX 75167-5002

Wells Fargo Bank
333 Market Street, San Francisco, CA 94104

Williams-Sonoma, Inc.
Attn: Legal Dept Pottery Barn, 3250 Van Ness Ave, San Francisco, CA 94109

Wohr Law PLLC
815 N Elm Street, Denton, TX 76201

Woodforest National Bank
1330 Lake Robbins Dr, The Woodlands, TX 77380

Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place, Rochester, NY 14604

Veterinary Specialists North Texas LLC
4631 Citylake Blvd. W, Fort Worth, TX 76132

Vodafone Ireland Limited
70 St. Stephen's Green, Dublin 2, D02 E2X4, Ireland

Waxahachie Autoplex
1800 US 287 Bypass B, Waxahachie, TX 75167-5002

Wells Fargo Bank
333 Market Street, San Francisco, CA 94104

Williams-Sonoma, Inc.
Attn: Legal Dept Pottery Barn, 3250 Van Ness Ave, San Francisco, CA 94109

Wohr Law PLLC
815 N Elm Street, Denton, TX 76201

Woodforest National Bank
1330 Lake Robbins Dr, The Woodlands, TX 77380

Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place, Rochester, NY 14604

Workplace Compliance LLC o.b.o. Madison Capital Group DBA Go Store It!
815 Brazos Street, Suite 500, Austin, TX 78701