Form reqobar

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Sherman (Plano)
Suite 300B
660 North Central Expressway
Plano, TX 75074

---

| | | |
|---|---|---|
| In Re: | Jessica Margaret Escue, I<br>Debtor | Bankruptcy Case No.: 26–43461<br>Chapter: 7 |

---

**ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIMS COMBINED WITH NOTICE THEREOF**

TO THE CREDITORS OF THE ABOVE–NAMED DEBTOR:

Notice having been previously given that creditors of the above–named debtor(s) were not required to file proofs of claims and it now appearing that a possible dividend may be declared for creditors at a later date, it is

ORDERED AND NOTICE IS HEREBY GIVEN THAT 1/15/27 is hereby fixed as the last date for the filing of proofs of claim by any creditor of the above–named debtor(s) who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. Creditors must file a claim, whether or not they are included in the list of creditors filed by the debtor(s), no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed in the office of the undersigned Clerk on the official form prescribed for proofs of claim ("Official Form B 410"), a copy of which can be obtained at the United States Courts Web site: https://ecf.txeb.uscourts.gov/b410.html or at any bankruptcy clerk's office.

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the filing of the final report of the trustee, applications for compensation and the proposed distributions which may include a possible dividend to creditors.

Proof of Claim Deadline for **Non–Governmental** Claimants **1/15/27**.
Proof of Claim Deadline for **Governmental** Units is **5/5/27**.

Dated: 11/6/26

Jason K. McDonald, Clerk
U.S. Bankruptcy Court

ELECTRONICALLY FILE PROOFS OF CLAIM AT:

https://ecf.txeb.uscourts.gov/cgi–bin/autoFilingClaims.pl

OR MAIL ORIGINAL PROOFS OF CLAIM TO:

Suite 300B
660 North Central Expressway
Plano, TX 75074

*** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE–FILE SAME AND MAY DISREGARD THIS NOTICE. CLAIMANTS ARE STRONGLY ENCOURAGED TO USE THE CLAIM FORM LOCATED AT https://ecf.txeb.uscourts.gov/b410.html OR AT ANY BANKRUPTCY CLERK'S OFFICE.

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 26-43461-btr

Jessica Margaret Escue, I Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 10

Date Rcvd: Nov 06, 2026 Form ID: 895 Total Noticed: 286

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Jessica Margaret Escue, I, 1929 N Lake Trail, Denton, TX 76201-0601 |
| 8895041 | | AMS Serving Group, P.O. Box 3176, Winston Salem, NC 27102-3176 |
| 8885815 | + | Adam T. Whitten, Whitten & Whitten, PLLC, 1300 Fulton Street, Bldg 300, Denton, TX 76201-2662 |
| 8895033 | + | Advanced Auto Repair, 612 Fort Worth Dr., Denton, TX 76201-7135 |
| 8885714 | + | Advanced Auto Repair, 612 Forth Worth Drive, Denton, TX 76201-7135 |
| 8885715 | + | AirVets Pet Relocation/Valley View Pet Health Cent, 2561 Valley View Ln, Dallas, TX 75234-6189 |
| 8895035 | + | Airrosti Rehab Centers, LLC, 111 Tower Drive, Bldg 1, San Antonio, TX 78232-3625 |
| 8895036 | + | Airvets Pet Relocation/, Valley View Pet Health Center, 2561 Valley View Ln, Farmers Branch, TX 75234-6189 |
| 8895037 | + | Akumin Denton, 1614 Scripture St, Suite 2,, Denton, TX 76201-3838 |
| 8895038 | | American Banker's Insurance, Company of Florida, 23852 Network Place, Chicago, IL 60673-1238 |
| 8885716 | | American Bankers Insurance Company of Florida, 23852 Network Place, Chicago, IL 60673-1238 |
| 8885718 | + | Anderson Injury Lawyers, 1310 El Paso Street, Fort Worth, TX 76102-5908 |
| 8885719 | + | Animal Imaging, 500 Paddock Way, Irving, TX 75039-1225 |
| 8885720 | + | Animal Medical Center Highland Village, 2810 Justin Rd, Highland Village, TX 75077-7043 |
| 8885722 | | Argyle Vet, 410 Farm to Market 407E, Argyle, TX 76226 |
| 8885723 | + | Aspire Allergy & Sinus, 2436 S Interstate 35, Suite 340, Denton, TX 76205-4900 |
| 8885724 | + | Aspire Fertility, 16415 Addison Road, Suite 900, Addison, TX 75001-3268 |
| 8885726 | + | Atlantic Urbana II Bonnie Brae LLC, 5051 Westheimer Rd, Suite 1200, Houston, TX 77056-5839 |
| 8885727 | | Austin Anesthesiology Group, 8104 N Mopac Expy, Bldg 3, Suite 210, Austin, TX 78759 |
| 8885728 | + | Auto Science, 750 Valley Ridge Circle, Suite A, Lewisville, TX 75057-3307 |
| 8895054 | + | Ben Yeatts,, Designated Title, LLC, 3537 Teasley Lane, Denton, TX 76210-8487 |
| 8885730 | + | Beyond the Ordinary, 4-1104 Kuhioo Hwy, Kapa'a, HI 96746-1628 |
| 8895057 | | Blue Cross Blue Shield of Texas, PO Box 660819, Dallas, TX 75266-0819 |
| 8885731 | | Blue Stone JV, LLP, 3000 Corporate Ct., Suite 400, Flower Mound, TX 75028-2781 |
| 8895058 | | BluePearl Operations, LLC OBA BluePearl Pet Hospital, 2950 Busch Lake Blvd,, Tampa, FL 33614-1859 |
| 8885732 | | BluePearl Operations, LLC/BluePearl Pet Hospital, (Center for Veterinary Specialty & E, 2950 Busch Lake Blvd, Tampa, FL 33614-1859 |
| 8885823 | | Brian S. Dunn, Hoover Slovacek LLP, 5051 Westheimer Rd Ste 1200, Houston, TX 77056-5839 |
| 8885733 | | Buddy Moving, LLC, 15455 Dallas Pkwy, Suite 6023, Addison, TX 75001-4690 |
| 8895069 | | C.G. Jung-lnstitut Zurich, Hornweg 28, 8700, Kusnacht, Switzerland |
| 8895085 | + | CPL Labs, Attn: Legal/ Billing Dept, 9200 Wall Street, Austin, TX 78754-4534 |
| 8885734 | + | Caliber Holdings, LLC DBA Caliber Collision, Attn: Legal / Risk Management Dept, 2941 Lake Vista Dr, Lewisville, TX 75067-3801 |
| 8895064 | | Campus Partners, P.O. Box 2901, Winston-Salem, NC 27102-2901 |
| 8885735 | | Capital Accounts, LLC, P.O. Box 680608, Franklin, TN 37068-0608 |
| 8885739 | + | Care Fertility, 1701 Park Place Ave., Bedford, TX 76022-6033 |
| 8885818 | + | Certegy Payment Solutions, LLC, P.O. Box 908, Grand Junction, CO 81502-0908 |
| 8885740 | + | Charter Communications, Inc. on behalf of Spectrum, Attn: Bankruptcy Department, 400 Washington Blvd, Stamford, CT 06902-6641 |
| 8895073 | | ChiroMed & Wellness (Jason Manin), 4401 N 1-35, Suite #103, Denton, TX 76207 |
| 8895074 | | Christman Attorneys, 2750 Justin Rd, Suite 240, Highland Village, TX 75077 |
| 8885741 | + | Christman Attorneys, PLLC, 2570 Justin Road, Suite 240, Highland Village, TX 75077-3016 |

| | | |
|---|---|---|
| 8895075 | + | City of Denton Municipal Court, 601 E Hickory St Suite D, Denton, TX 76205-4305 |
| 8895076 | + | City of Denton Municipal Utilities & Electric, 601 E Hickory Street, Suite F, Denton, TX 76205-4305 |
| 8885742 | + | City of Denton, Municipal Utilities Customer Servi, 601 E Hickory St, Suite F, Denton, TX 76205-4305 |
| 8895077 | + | CityVet Home Office, o.b.o. CityVet Preston Park, Legal Dept,, 2727 Oak Lawn Ave, Suite 200, Dallas, TX 75219-4161 |
| 8885743 | + | CityVet Home Office (o.b.o. CityVet Preston Park), Attn: Legal / Billing Department, 2727 Oak Lawn Ave, Suite 200, Dallas, TX 75219-4161 |
| 8895078 | + | Claim Angel, Inc., 5801 Congress Avenue, Boca Raton, FL 33487-3603 |
| 8895079 | #+ | Club Pilates Franchise SPV, LLC, 17877 Von Karman Ave., Suite 100, Irvine, CA 92614-4227 |
| 8885745 | #+ | Club Pilates Franchise SPV, LLC, Attn: Legal / Billing Department, 17877 Von Karman Ave, Suite 100, Irvine, CA 92614-4227 |
| 8885746 | + | Complete Health and Wellness, 860 Hebron Pkwy, Suite 1001, Lewisville, TX 75057-5145 |
| 8885747 | + | Connley Boyd, 1207 N Oak St, McKinney, TX 75069-2839 |
| 8895082 | + | Coppell Spine & Sports Rehab LTD/ Therapy Partners, P.O. Box 2650,, Coppell, TX 75019-8607 |
| 8895253 | + | Corpomax, Inc., 2915 Ogletown Road, Newark, DE 19713-1927 |
| 8895083 | + | Country Door and Colony Brands, Inc., 1112 7th Avenue,, Monroe, WI 53566-1364 |
| 8895084 | + | Covington Credit Heights Finance/ SMC, 101 N. Main St, Suite 600, Greenville, SC 29601-4846 |
| 8895087 | + | Credit Control, P.O. Box 37380, Albuquerque, NM 87176-7380 |
| 8895088 | | Credit Management Outsource Solutions, 9 Seville Place, Dublin 1, Ireland D01 T6R0 |
| 8895089 | | Credit Protection Association, L.P., One Galleria Tower, 13355 Noel Road, Suite 2100, Dallas, TX75240-6837 |
| 8885748 | + | Creekside Pet Care Center, 8830 Davis Blvd, Keller, TX 76248-0303 |
| 8895092 | | Cubesmart Self Storage, 6501 S l-35E, Corinth, TX 76210 |
| 8885761 | | DFW Airport, 2400 Aviation Dr., DFW Airport, TX 75261 |
| 8885749 | | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8895093 | + | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy Ste 220, Frisco, TX 75033-4241 |
| 8885756 | + | Dallas Veterinary Dentistry & Oral Surgery, 2700 W State Highway 114, Bldg 2, Suite D, Grapevine, TX 76051-8661 |
| 8885757 | + | Dallas Veterinary Surgical Center, 4444 Trinity Mills Rd., Suite 203, Dallas, TX 75287-7047 |
| 8885758 | + | David Crumpton DDS, 301 Trophy Branch Dr., Suite 100, Trophy Club, TX 76262-9710 |
| 8895096 | + | David Crumpton DDS, 301 Trophy Branch Dr. #100, Trophy Club, TX 76262-9710 |
| 8895100 | + | DePalma Family Dentistry, 1314 North Locust St., Denton, TX 76201-3038 |
| 8895097 | + | Debt Portfolio Holdings LLC, 40 Gardenville Parkway, Suite 210B, West Seneca, NY 14224-1399 |
| 8885759 | + | Denton Chiropractic Center, 1432 Underwood St, Denton, TX 76201-7002 |
| 8895099 | + | Denton Vehicle Storage/ Sanger Vehicle Storage, 1810 N Stemmons St., Suite 2, Sanger, TX 76266-8707 |
| 8885764 | + | Double Oak Veterinary Medical Center, 8301 Justin Rd., Double Oak, TX 75077-3092 |
| 8885765 | + | Dr. Steven B. Eustice, Spinal Health of North Texas, 217 E. University Dr., Denton, TX 76209-2011 |
| 8885766 | + | Elevate Brain Injury & Mental Health, 411 N Washington Ave, Suite 5000, Dallas, TX 75246-1792 |
| 8885767 | + | Elizabeth Kerner MD PA, 6130 W Parker Rd., Suite 110, Plano, TX 75093-7917 |
| 8895108 | + | Envision Imaging, 8610 Explorer Dr., Suite 300, Colorado Springs, CO 80920-1036 |
| 8895109 | | Envision Physician Services, P.O. Box 99082, Las Vegas, NV 89193-9082 |
| 8895110 | | Essential Lending Inc OBA Wise Loan, P.O. Box 101265, Fort Worth, TX 76185-1265 |
| 8895111 | + | Estate of Brenda McBride, c/o Roger M. Yale, 1417 E. McKinney St., Suite 220, Denton, TX 76209-2504 |
| 8895112 | + | Estate of Tom Jester, Jr., 502 W. Oak St. 5-102,, Denton, TX 76201-0403 |
| 8885768 | + | Estate of Tom Jester, Jr., 502 W. Oak St S-102, Denton, TX 76201-0403 |
| 8895113 | + | Expanding Light Retreat, 13930 Expanding Light Drive, Nevada City, CA 95959-9852 |
| 8895117 | + | FCR Collection Services, 8 Goodyear, Suite 110, Irvine, CA 92618-3762 |
| 8895118 | + | Fetch! Pet Care, Inc, DBA Fetch! Flower Mound, 7086 Corporate Way, Dayton, OH 45459-4298 |
| 8885770 | + | Fifth Gear Automotive, 1975 Archer Way, Lewisville, TX 75077-7626 |
| 8885824 | | Fontaine D. Laughlin, Fontaine Laughlin Law Office, 5118 E University Dr., Denton, TX 76208-1402 |
| 8895123 | | Fontaine D. Laughlin Law Office, 5118 E University Dr., Denton, TX 76208-1402 |
| 8885772 | + | Fred T. Warzwick, 1208 Anna St., Suite 1100, Denton, TX 76201-2991 |
| 8885773 | + | Freeman Toyota, 204 NE Loop 820, Hurst, TX 76053-7327 |
| 8895126 | #+ | Frontier, 1919 McKinney Ave., Dallas, TX 75201-1753 |
| 8895127 | | Frontier, A Verizon Company, P.O. Box 74040, Cincinnati, OH 45274-0407 |
| 8895130 | + | Gabrielle Knuckles and Tim Russell, 1503 Fairview Ave, Milwaukee, WI 53172-1731 |
| 8895131 | + | Glen McBride, c/o Adam T. Whitten, Whitten & Whitten,, 1300 Fulton St., Building 300, Denton, TX 76201-2662 |
| 8895133 | + | Gradman M.D., Wayne S. OBA Beverly Hills Vein Center, 2080 Century Park East, Suite 803, Los Angeles, CA 90067-2011 |
| 8885825 | | Gregory B. Fell, The Fell Law Firm, 3021 E Renner Rd, Suite 140, Richardson, TX 75082-3579 |
| 8895138 | + | HEAL Veterinary Hospital+ Pet Rehabilitation, 4509 Lemmon Ave., Dallas, TX 75219-2145 |
| 8895135 | + | Hampton Inn & Suites, Dallas/Lewisville Vista Ridge, 2650 Lake Vista Dr., Lewisville, TX 75067-3931 |
| 8895136 | + | Hampton Inn & Suites Denton, 1513 Centre Place Dr., Denton, TX 76205-7272 |
| 8885775 | + | Hampton Inn & Suites Lewisville Vista Ridge, 2650 Lake Vista Dr., Lewisville, TX 75067-3931 |
| 8895137 | + | Harris County Toll Road Authority, 7701 Wilshire Place Dr., Houston, TX 77040-5326 |
| 8885776 | | Health Imaging Partners LLC, DBA Envision Imaging, P.O. Box 5343, Denver, CO 80217-5343 |
| 8895139 | | Health Imaging Partners LLC OBA, PO Box 5343, Denver, CO 80217-5343 |
| 8895140 | + | Health Services of North Texas, Inc., 4401 N Interstate 35, Unit 312,, Denton, TX 76207-3318 |

| | | |
|---|---|---|
| 8885777 | + | HeartPlace, 1604 Hospital Parkway, Suite 301, Bedford, TX 76022-6931 |
| 8895142 | | Hilton London Heathrow, Terminal 4, Heathrow Airport,, Sheffield Way, Hounslow, TW6 3AF,, United Kingdom |
| 8895143 | + | Holiday Inn Express Carpinteria, 5606 Carpinteria Ave, Carpinteria, CA 93013-2602 |
| 8885779 | + | Homewood Suites Ft. Worth Bedford, 2401 Airport Freeway, Bedford, TX 76021-5844 |
| 8895144 | + | Homewood Suites Ft. Worth-Bedford, 2401 Airport Fwy, Bedford, TX 76021-5844 |
| 8885780 | + | Humane Animal Medical & Surgical Center, 1512 N Central Expressway, Plano, TX 75074-5714 |
| 8895145 | + | Humane Animal Medical & Surgical Hospital, 1512 N Central Expressway, Plano, TX 75074-5714 |
| 8895148 | + | Integrative Veterinary Wellness, 2701 Custer Pkwy, Suite 803, Richardson, TX 75080-1680 |
| 8895149 | + | Jana Darling, 1169 Valley Oaks Dr., Lewisville, TX 75067-2003 |
| 8895150 | + | Jayne Hardey Keane, 1870 Juniper Lane, Lewisville, TX 75077-2734 |
| 8885781 | + | Jayne Keane, 1870 Juniper Lane, Lewisville, TX 75077-2734 |
| 8885783 | + | Joel Cecilio Herrera, 3378 Forest Glen Dr., Corinth, TX 76210-2176 |
| 8895154 | + | Judy Vates, MD/ Credit Systems, Inc., 1485 Garden of the Gods Rd., Suite 120, Colorado Springs, CO 80907-3305 |
| 8895155 | + | Kare Plastic Surgery, 804 7th Street, Santa Monica, CA 90403-1408 |
| 8895156 | + | Kathy Roux DBA Law Office of Kathy Roux, 1560 E Southlake Blvd, Suite 100, Southlake, TX 76092-6462 |
| 8895157 | + | Keitha McBride, c/o Jill E. Jester, Minor & Jester, P.C., 502 W. Oak St., Suite 200, Denton, TX 76201-9083 |
| 8885785 | + | Keitha McBride, Glen McBride, Estate of Brenda McB, c/o Jill Jester, c/o Adam Whitten, c/o R, 502 W Oak Street, #200, Denton, TX 76201-9083 |
| 8895158 | | Kelly's Hotel Dublin, 36 South Great George St., Dublin 2, Ireland |
| 8895159 | + | Kuzmich Family Counseling, Steve Kuzmich, 335 W Main St., Lewisville, TX 75057-3865 |
| 8895161 | + | LanCarte Law, PLLC, 2817 West End Ave, Suite 126-276, Nashville, TN 37203-1453 |
| 8895163 | + | Laura Hames Franklin, 35512 S Highway 1, Gualala, CA 95445-9514 |
| 8885786 | + | Law Offices of Kathy Roux, 578 N. Kimball Ave., Suite 110, Southlake, TX 76092-6897 |
| 8885787 | + | Little Guys Movers, 308 N Carroll Blvd, Denton, TX 76201-9054 |
| 8895165 | | Little Guys Movers, Inc., 308 N Carroll Blvd, Suite 100, Denton, TX 76201-9054 |
| 8895166 | + | Little Smiles Dentistry, 967 N Garden Ridge Blvd., Suite A, Lewisville, TX 75077-2800 |
| 8885788 | + | Lone Star Neurology-Denton, 2900 N Interstate 35 #110, Denton, TX 76201-5142 |
| 8895168 | + | Lone Star Toyota of Lewisville, 1547 S Stemmons Fwy, Lewisville, TX 75067-6312 |
| 8895167 | + | Lonestar Neurology, 2900 N Interstate 35 #110, Denton, TX 76201-5142 |
| 8895170 | + | Mccart Family Dental, 130 W. Mccart Street, Krum, TX 76249-5552 |
| 8895177 | + | MedVet Associates, LLC., 350 E. Wilson Bridge Road, Suite 250, Worthington, OH 43085-3402 |
| 8895176 | + | Medford Chiropractic & Family Wellness, 2412 Old North Rd. #100B, Denton, TX 76209-1524 |
| 8895172 | + | Medical City Denton, 3535 S Interstate 35 E, Denton, TX 76210-6850 |
| 8895173 | | Medical Management International, Inc., OBA Banfield Pet Hospital, 18101 SE 6th Way, Vancouver, WA 98683-7509 |
| 8885789 | | Medical Management International, Inc. DBA Banfiel, Attn: Legal/Billing Department, 18101 SE 6th Way, Vancouver, WA 98683-7509 |
| 8885790 | + | Medvet Associates, Inc., 350 East Wilson Bridge Road, Worthington, OH 43085-3402 |
| 8895178 | + | Metropolitan Anesthesia Consultants, LLP, 3625 N. Hall St., Suite 800, Dallas, TX 75219-5106 |
| 8895179 | | Michael Crowder Law, PLLC, 860 Hebron Pkwy, Suite 402, Lewisville, TX 75057-5143 |
| 8895180 | + | Michael's Stores, Inc., Attn: Legal Department, 3939 W John Carpenter Fwy, Irving, TX 75063-2909 |
| 8885791 | + | Michael's Stores, Inc./Firstsource, Attn: Legal / Billing Department, 3939 W John Carpenter Fwy, Irving, TX 75063-2909 |
| 8895185 | + | Morningstar Storage Lewisville, 1850 McGee Lane, Lewisville, TX 75077-1701 |
| 8895186 | | Nancy Robinson-Kime, Ph.D., Sonneggsteig 7, 8006 Zurich, Switzerland |
| 8885792 | | North Dallas Momentum, 9441 Lyndon B Johnson Fwy, Suite 114, Dallas, TX 75243-4635 |
| 8895193 | | Ortus MD, 3311 Yucca Dr., Suite 100, Flower Mound, TX 75028-2743 |
| 8895201 | | PHEAA Pennsylvania, Higher Education Assistance Agency, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 8895194 | | PathAdvantage Associated, 5327 N Central Expressway, Suite 3000, Dallas, TX 75205-3361 |
| 8885794 | | PathAdvantage Associated, Attn: Legal / Billing Department, 5327 N Central Expy, Suite 3000, Dallas, TX 75205-3361 |
| 8895195 | + | Paws & Claws Animal Hospital, 2145 W. Park Blvd., Plano, TX 75075-2949 |
| 8895196 | + | Paws in Peace, 401 Chivers Trail, Bridgeport, TX 76426-5531 |
| 8895199 | + | Peak Fertility, 5288 Town Square Dr., Plano, TX 75024-0037 |
| 8895200 | + | Perch Denton and Willow Bridge Property Company LL, 1722 Routh Street, Suite 1200, Dallas, TX 75201-2535 |
| 8895204 | + | Pottery Barn (Williams-Sonoma, Inc.), c/o Certegy Payment Solutions, LLC, PO Box 908, Grand Junction, CO 81502-0908 |
| 8895205 | + | Preferred Imaging Frisco, 8300 W Sunrise Blvd, Plantation, FL 33322-5406 |
| 8895206 | + | Privia Medical Group North Texas, P.O. Box 961205, Fort Worth, TX 76161-0205 |
| 8895207 | + | Proactive Collection Service LLC, 8233 N Olympia St., Portland, OR 97203-1213 |
| 8895210 | + | Raj Abhinandan, MD, 2214 Emery St #220, Denton, TX 76201-2470 |
| 8885828 | + | Rebecca T. Vaughn, 117 S. Dallas Street, Ennis, TX 75119-4744 |
| 8895212 | + | Red Rock Diagnostics, LLC, 2980 S Jones Blvd, Suite I, Las Vegas, NV 89146-5657 |
| 8885826 | + | Resource Corporation of America, Attn: Legal / Billing Department, 1120 Marina Bay Drive, Clear Lake Shores, TX 77565-2464 |
| 8895214 | + | Resource Corporation of America, P.O. Box 731467, Dallas, TX 75373-1468 |
| 8895213 | + | Resource Corporation of America, Attn: Legal Dept, 1120 Marina Bay Dr., Clear Lake Shores, TX 77565-2464 |
| 8895215 | + | Roberts Zimmerman PLLC, 550 Reserve Street, Suite 390, Southlake, TX 76092-1603 |
| 8885814 | + | Roger M. Yale, Yale Law Group, 1417 E. McKinney St., Suite 220, Dentoo, TX 76209-2504 |

| | | |
|---|---|---|
| 8895216 | | Rose Imaging Specialists, PA, OBA Solis Mammography, P.O. Box 203268, Dallas, TX 75320-3268 |
| 8895231 | ++ | SYNERGETIC COMMUNICATION INC, 5450 NW CENTRAL DRIVE SUITE 220, HOUSTON TX 77092-2061 address filed with court:, Syncom, 5450 NW Central Drive, Suite 220, Houston, TX 77092 |
| 8895218 | + | Sehnert Precision Dentistry, 501 W Main Street, Lewisville, TX 75057-3628 |
| 8885797 | + | Seymour Animal Care Clinic, PLLC, 831 Sherry Ln S, Krugerville, TX 76227-2807 |
| 8895222 | + | Sona Dermatology/ Sona Med Spa, 5960 Fairview Rd, Suite 500, Charlotte, NC 28210-3113 |
| 8895223 | + | Southlake Physical Medicine PLLC, 1500 W Southlake Blvd Suite 120, Southlake, TX 76092-5951 |
| 8895224 | + | State Farm Matt Friess Agency, 1440 Robinson Rd., Suite 440, Corinth, TX 76210-3158 |
| 8895225 | + | Stephen Harcus, 2604 Starling St., Denton, TX 76205-2045 |
| 8885799 | + | Stephen McKay Harcus, 2604 Starling St, Denton, TX 76205-2045 |
| 8895227 | | Student Loan Services, Buchanan Hall, 1000 Asp Avenue Room 208, Norman, OK 73019-4071 |
| 8895228 | | Sugarloaf Ventures T/A Powerscourt, Hotel c/o E.C.C. & Associates, 26 Railroad Ave, Suite 117, Babylon, NY 11702-2204 |
| 8895229 | + | Surgery Associates North Texas, 3322 Colorado Blvd., Suite 101, Denton, TX 76210-6889 |
| 8895230 | + | Suzan Storrie Leath, P.O. Box 50007, Denton, TX 76206-0007 |
| 8885800 | + | Suzon Storrie Leath, P.O. Box 50007, Denton, TX 76206-0007 |
| 8895233 | | TEK-Collect Incorporated, P.O. Box 1269, Columbus, OH 43216-1269 |
| 8885802 | ++ | TEXAS HEALTH PHYSICIANS GROUP, PO BOX 975341, DALLAS TX 75397-5341 address filed with court:, Texas Health Physicians Group, Dr. Judy Yates/CSC, P.O. Box 975341, Dallas, TX 75397 |
| 8895249 | | TVMDL (Texas A&M Veterinary Medical Diagnostic Lab, P.O. Drawer 3040, College Station, TX 77841-3040 |
| 8895234 | | Texas A&M Small Animal Hospital, 408 Raymond Statzer Pkwy, College Station, TX 77845 |
| 8885801 | + | Texas Blue Properties, LLC, 512 W. Hickory St., Suite 201, Denton, TX 76201-9000 |
| 8895239 | + | Texas Health Resources (Texas Health Presbyterian, 4400 Long Prarie Road, Flower Mound, TX 75028-1892 |
| 8895241 | + | Texas Woman's University, 304 Administration Dr., Denton, TX 76209-2098 |
| 8895114 | + | The Family Chiropractic Center, 1124 North Locust Street, Denton, TX 76201-2958 |
| 8895162 | + | The Landing Lake Tahoe Resort & Spa, 4104 Lakeshore Blvd., South Lake Tahoe, CA 96150-6915 |
| 8885807 | + | The Mansions at Coyote Ridge, 4253 Hunt Dr., Carrollton, TX 75010-3202 |
| 8885829 | + | The Mardia Group, LLC, 825 Watters Creek Blvd, #250, Allen, TX 75013-3770 |
| 8895184 | | The Montenotte Hotel, Middle Glanmire Road, Montenotte, Cork, T23 E9DX Ireland |
| 8885808 | + | Therapy Partners of North Texas, 413 Bethel Road, Suite 400, Coppell, TX 75019-4477 |
| 8895243 | + | Times Square EDITION, 701 7th Ave., New York, NY 10036-1505 |
| 8895244 | | Timothy Dansby Schenk, 10935 S Richmond Ave, Tulsa, OK 74137-7112 |
| 8895246 | + | Transworld Systems Inc., 500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2733 |
| 8885816 | | Transworld Systems Inc., P.O. Box 15130, Wilmington, DE 19850-5130 |
| 8895250 | + | Twisted Bodies Pilates and Yoga, 1706 N Elm St, Denton, TX 76201-3093 |
| 8895257 | | U.S. Department of Education/ Aid Vantage, Default Resolution Group, P.O. Box 5609, Greenville, TX 75403-5609 |
| 8895255 | | UNT Libraries Administrative Office, 1155 Union Circle #305190, Denton, TX 76203-5017 |
| 8895256 | | UNT Parking and Transportation Services, 1155 Union Circle #310948, Denton, TX 76203-5017 |
| 8885809 | | Uncle Warbucks, Attn: Legal / Bankruptcy Dept, 1000 N West St, Suite 1200, Newark, DE 19711 |
| 8895254 | | University of North Texas, Attn: Office of General Counsel, 1155 Union Circle, #310907, Denton, TX 76203-5017 |
| 8895259 | + | VCA Advanced Veterinary Care, 15926 Hawthorne Blvd., Lawndale, CA 90260-2644 |
| 8895260 | + | VCA Dallas Animal Specialty Hospital/ Dr. Zachary, 17727 Dallas Parkway Suite 150, Dallas, TX 75287-7316 |
| 8895261 | + | VCA Inc DBA VCA Care Club, Attn: Accts Receivable, 12401 West Olympic Blvd., Los Angeles, CA 90064-1022 |
| 8895262 | + | VCA Westcreek Animal Hospital, 7451 Oakmont Blvd., Fort Worth, TX 76132-3905 |
| 8895263 | + | Veterinary Specialists North Texas LLC, 4631 Citylake Blvd. W, Fort Worth, TX 76132-3635 |
| 8895264 | | Vodafone Ireland Limited, 70 St. Stephen's Green, Dublin 2, D02 E2X4, Ireland |
| 8895268 | + | Wahr Law PLLC, 815 N Elm Street, Denton, TX 76201-2980 |
| 8895265 | | Waxahachie Autoplex, 1800 US 287 Bypass B, Waxahachie, TX 75167-5002 |
| 8885811 | + | Williams-Sonoma, Inc./Firstsource, Attn: Legal / Billing Dept (Pottery Barn, 3250 Van Ness Ave, San Francisco, CA 94109-1012 |
| 8885812 | + | Wohr Law, PLLC, 815 N Elm St, Denton, TX 76201-2996 |
| 8895270 | + | Woods Oviatt Gilman LLP, 1900 Bausch & Lomb Place, Rochester, NY 14604-2714 |
| 8895279 | + | Workplace Compliance LLC, o.b.o. Madison Capital Group, OBA Go Store It!, 815 Brazos Street, Suite 500, Austin, TX 78701-2509 |

TOTAL: 212

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: mark.weisbart@txitrustee.com | Nov 06 2026 22:30:00 | Mark A. Weisbart, Chapter 7 Bankruptcy Trustee, 10501 N Central Expy Suite 106, Dallas, TX 75231-2203 |
| 8895034 | + | Email/Text: bncnotifications@pheaa.org | Nov 06 2026 22:31:00 | AES/ NCT, P.O. Box 61047, Harrisburg, PA 17106-1047 |

| | | | | |
|---|---|---|---|---|
| 8885725 | ^ | MEBN | Nov 06 2026 22:22:29 | ATI Physical Therapy, 33204 Collection Center Dr, Chicago, IL 60693-0331 |
| 8885717 | ^ | MEBN | Nov 06 2026 22:22:21 | American Coradius International LLC, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 8895040 | + | Email/Text: laceys@amnat.com | Nov 06 2026 22:31:00 | American National Bank & Trust, 2732 Midwestern Pkwy, Wichita Falls, TX 76308-2904 |
| 8895053 | | EDI: BANKAMER | Nov 07 2026 03:18:00 | Bank of America, Bankruptcy Dept, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 8885729 | | EDI: BANKAMER | Nov 07 2026 03:18:00 | Bank of America, N.A., Bankruptcy Department, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 8885830 | + | Email/Text: legal@benuckrainey.com | Nov 06 2026 22:31:00 | Benuck & Rainey, Inc., 25 Concord Rd., Lee, NH 03861-6624 |
| 8895062 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 06 2026 22:31:34 | Caine Weiner, 5805 Sepulveda Blvd., 4th Floor, Sherman Oaks, CA 91413-0848 |
| 8885736 | | EDI: CAPITALONE.COM | Nov 07 2026 03:18:00 | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 8895070 | + | Email/Text: dl-csgbankruptcy@charter.com | Nov 06 2026 22:31:00 | Charter Communications, LLC, Attn: Bankruptcy Department, 400 Washington Blvd., Stamford, CT 06902-6641 |
| 8895071 | + | Email/Text: dl-csgbankruptcy@charter.com | Nov 06 2026 22:31:00 | Charter Communications, LLC, o.b.o. Spectrum, Bankruptcy Dept, 400 Washington Blvd., Stamford, CT 06902-6641 |
| 8895072 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 06 2026 22:31:00 | Chime The Bancorp Bank, N.A., 409 Silverside Road, Suite 105, Wilmington, DE 19809-1771 |
| 8885744 | + | Email/Text: cplclientbilling@xifin.com | Nov 06 2026 22:31:00 | Clinical Pathology Laboratories, Inc., Attn: Legal / Billing Department, 9200 Wall Street, Austin, TX 78754-4534 |
| 8885820 | | EDI: CCS.COM | Nov 07 2026 03:18:00 | Credit Collection Services, Attn: Bankruptcy Department, 725 Canton Street, Norwood, MA 02062-2679 |
| 8895086 | + | EDI: CCS.COM | Nov 07 2026 03:18:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 8895090 | | Email/Text: cscbk@creditservicecompany.com | Nov 06 2026 22:31:00 | Credit Service Company, Inc., PO Box 1120, Colorado Springs, CO 80901-1120 |
| 8885827 | | Email/Text: letterprocessing@thedrbllc.com | Nov 06 2026 22:30:00 | DRB LLC, 40 Gardenville Parkway, Suite 201, West Seneca, NY 14224 |
| 8895104 | | Email/Text: letterprocessing@thedrbllc.com | Nov 06 2026 22:30:00 | DRB LLC, 40 Gardenville Pkwy W, Suite 201, West Seneca, NY 14224 |
| 8885763 | + | EDI: DISCOVER | Nov 07 2026 03:18:00 | Discover, P.O. Box 30416, Salt Lake City, UT 84130-0416 |
| 8895107 | + | Email/Text: callcenter@envisionradiology.com | Nov 06 2026 22:31:00 | Envision Imaging, P.O. Box 17546, Denver, CO 80217-0546 |
| 8895120 | | Email/Text: rj@ffcc.com | Nov 06 2026 22:30:00 | First Federal Credit Control, 25700 Science Park Dr.,, Suite 370, Beachwood, OH 44122 |
| 8885832 | | Email/Text: rj@ffcc.com | Nov 06 2026 22:30:00 | First Federal Credit Control, Inc., 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122-5662 |
| 8885835 | | Email/Text: bankruptcy@frost-arnett.com | Nov 06 2026 22:30:00 | Frost-Arnett Company, Attn: Bankruptcy Dept, P.O. Box 198988, Nashville, TN 37219-8988 |
| 8895128 | | Email/Text: bankruptcy@frost-arnett.com | Nov 06 2026 22:30:00 | Frost-Arnett Company, P.O. Box 198988, Nashville, TN 37219-8988 |
| 8885769 | + | Email/Text: usw_corp_legal_service_of_process@farmersinsurance.com | Nov 06 2026 22:31:00 | Farmers Insurance Exchange, Attn: Bankruptcy / Legal Department, 6301 Owensmouth Ave, |

| | | | | |
|---|---|---|---|---|
| | | | | Woodland Hills, CA 91367-2216 |
| 8895115 | + | Email/Text: usw_corp_legal_service_of_process@farmersinsurance.com | Nov 06 2026 22:31:00 | Farmers Insurance Exchange, Attn: Bankruptcy Dept, 6301 Owensmouth Ave, Woodland Hills, CA 91367-2216 |
| 8885771 | + | Email/Text: LegalOperations@1stnb.com | Nov 06 2026 22:31:00 | First National Bank of Texas, 901 E. Central Texas Expy, Killeen, TX 76541-8922 |
| 8895121 | | Email/Text: LegalOperations@1stnb.com | Nov 06 2026 22:31:00 | First National Bank of Texas, P.O. Box 937, Killeen, TX 76540-0937 |
| 8885831 | + | Email/Text: crdept@na.firstsource.com | Nov 06 2026 22:31:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 8885774 | + | Email/Text: Loan.Recovery@frostbank.com | Nov 06 2026 22:31:00 | Frost Bank, 111 W Houston St, San Antonio, TX 78205-2114 |
| 8895132 | + | Email/Text: info@globalsolutionbiz.com | Nov 06 2026 22:31:00 | Global Solutions Biz, 400 Galleria Pkwy SE,, Suite 1500, Altanta, GA 30339-5953 |
| 8885778 | + | Email/Text: bankruptcy@curo.com | Nov 06 2026 22:31:00 | Heights Finance / Covington Credit, P.O. Box 1947, Greenville, SC 29602-1947 |
| 8895146 | | EDI: LCIICSYSTEM | Nov 07 2026 03:18:00 | IC Systems, Inc., 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 8885817 | + | Email/Text: clientsupport-us-stl@indebted.co | Nov 06 2026 22:31:00 | InDebted USA Inc., InDebted Mail Processing Center, 1551 Emancipation Hwy, Unit #1511, Fredericksburg, VA 22401-4683 |
| 8895245 | | EDI: JCTM | Nov 07 2026 03:18:00 | T-Mobile USA, Inc., 12920 SE 38th Street, Bellevue, WA 98006 |
| 8895153 | + | EDI: JPMORGANCHASE | Nov 07 2026 03:18:00 | JPMorgan Chase Bank, N.A., 270 Park Avenue, New York, NY 10017-2014 |
| 8885784 | | EDI: JPMORGANCHASE | Nov 07 2026 03:18:00 | JPMorgan Chase Bank, N.A., Attn: Bankruptcy Department, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 8895151 | + | EDI: JEFFERSONCAP.COM | Nov 07 2026 03:18:00 | Jefferson Capital Systems LLC, Emblem Mastercard, 200 14th Ave E, Sartell, MN 56377-4500 |
| 8895160 | + | Email/Text: eakesc@labcorp.com | Nov 06 2026 22:31:00 | Laboratory Corporation of America Holdings DBA Lab, 531 South Spring Street, Burlington, NC 27215-5866 |
| 8895171 | | Email/Text: info@meadeandassociates.com | Nov 06 2026 22:30:00 | Meade & Associates, 737 Enterprise Dr., Lewis Center, OH 43035-9436 |
| 8885834 | | Email/Text: info@meadeandassociates.com | Nov 06 2026 22:30:00 | Meade Associates, Inc., 737 Enterprise Dr., Lewis Center, OH 43035-9436 |
| 8885833 | | Email/Text: ahull@midwestfidelity.com | Nov 06 2026 22:30:00 | Midwest Fidelity Services, LLC, 103 S. Main St., Ottawa, KS 66067 |
| 8895182 | | Email/Text: info@modernab.com | Nov 06 2026 22:31:00 | Modern Adjustment Bureau, P.O. Box 491967, Los Angeles, CA 90049 |
| 8895175 | | EDI: PARALONMEDCREDT | Nov 07 2026 03:18:00 | Medi Credit, PO Box 1629, Maryland Heights, MO 63043-0629 |
| 8895174 | | EDI: PARALONMEDCREDT | Nov 07 2026 03:18:00 | Medicredit, P.O. Box 505600, St. Louis, MO 63150-5600 |
| 8895183 | | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 06 2026 22:50:42 | Mohela / Navient, 633 Spirit Dr., Chesterfield, MO 63005-1243 |
| 8895189 | | Email/Text: NPSBankruptcies@ngic.com | Nov 06 2026 22:31:00 | National General Insurance, P.O. Box 89431, Cleveland, OH 44101-6431 |
| 8895190 | | Email/Text: bankruptcy@ncaks.com | Nov 06 2026 22:30:00 | NCA, 327 W 4th Ave, Hutchinson, KS 67501-4842 |

| | | | | |
|---|---|---|---|---|
| 8885793 | + | EDI: NTXTOLWAY | Nov 07 2026 03:18:00 | NTTA, P.O. Box 660244, Dallas, TX 75266-0244 |
| 8895192 | | EDI: NTXTOLWAY | Nov 07 2026 03:18:00 | NTTA, P.O. Box 260928, Plano, TX 75026-0928 |
| 8895187 | + | Email/Text: bankruptcy@ncaks.com | Nov 06 2026 22:30:00 | National Credit Adjusters, 327 W. 4th Avenue, Hutchison, KS 67501-4842 |
| 8895202 | | Email/Text: legal@pfhq.com | Nov 06 2026 22:30:00 | Planet Fitness, 4 Liberty Lane West, Floor 2, Hampton, NH 03842 |
| 8895203 | | EDI: PRA.COM | Nov 07 2026 03:18:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 8895197 | | Email/Text: recovery@paypal.com | Nov 06 2026 22:30:00 | PayPal, Inc OBA Venmo, 2211 North First Street, San Jose, CA 95131-2021 |
| 8895198 | + | Email/Text: recovery@paypal.com | Nov 06 2026 22:30:00 | PayPal, Inc., 2211 North First Street, San Jose, CA 95131-2021 |
| 8895208 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 06 2026 22:30:00 | Progressive Casualty Insurance Co., 6300 Wilson Mills Rd., Mayfield Village, OH 44143-2182 |
| 8895209 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 06 2026 22:31:00 | Quest Diagnostics, Attn: Legal Dept, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 8885795 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 06 2026 22:31:00 | Quest Diagnostics Incorporated, Attn: Legal / Billing Department, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 8895220 | + | Email/PDF: clerical@simmassociates.com | Nov 06 2026 22:50:31 | SIMM Associates, Inc, 800 Pencader Dr., Newark, DE 19702-3354 |
| 8885798 | | Email/Text: bankruptcy_department@clacorp.com | Nov 06 2026 22:31:00 | Simple Fast Loans, DRB LLC, 8601 Dunwoody Pl, Ste 406, Atlanta, GA 30350 |
| 8895221 | | Email/Text: bankruptcy_department@clacorp.com | Nov 06 2026 22:31:00 | Simple Fast Loans, Inc., 8601 Dunwoody Pl, Suite 406, Atlanta, GA 30350-2550 |
| 8895231 | | Email/Text: bankruptcy@syncomcorp.net | Nov 06 2026 22:31:00 | Syncom, 5450 NW Central Drive, Suite 220, Houston, TX 77092 |
| 8895217 | + | EDI: SECONDROUND.COM | Nov 07 2026 03:18:00 | Second Round LP, P.O. Box 41955, Austin, TX 78704-0033 |
| 8895232 | + | Email/Text: amccoy@synerpriseconsulting.com | Nov 06 2026 22:31:00 | Synerprise, 2809 Regal Road, Suite 107, Plano, TX 75075-6349 |
| 8895248 | | Email/Text: legal@turo.com | Nov 06 2026 22:31:00 | Turo Inc., 111 Sutter St., Floor 12, San Francisco, CA 94104 |
| 8885805 | + | EDI: TEXASHEALTH.COM | Nov 07 2026 03:18:00 | Texas Health Resources, (Collection Agency: RCA), 612 E. Lamar Boulevard, Arlington, TX 76011-4121 |
| 8895238 | + | EDI: TEXASHEALTH.COM | Nov 07 2026 03:18:00 | Texas Health Resources, 612 E. Lamar Boulevard, Arlington, TX 76011-4121 |
| 8885806 | ^ | MEBN | Nov 06 2026 22:22:28 | Texas Radiology Associates, P.O. Box 3368, Indianapolis , IN 46206-3368 |
| 8895246 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 06 2026 22:31:00 | Transworld Systems Inc., 500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2733 |
| 8885816 | | Email/Text: bankruptcydepartment@tsico.com | Nov 06 2026 22:31:00 | Transworld Systems Inc., P.O. Box 15130, Wilmington, DE 19850-5130 |
| 8895247 | ^ | MEBN | Nov 06 2026 22:22:19 | Trident Asset Management, L.L.C., 10375 Old Alabama Connector Rd., Suite 303, Alpharetta, GA 30022-1119 |
| 8895251 | ^ | MEBN | Nov 06 2026 22:22:21 | TxTag, P.O. Box 650749, Dallas, TX 75265-0749 |
| 8895258 | + | EDI: MAXMSAIDV | Nov 07 2026 03:18:00 | U.S. Department of Education/, Aid Vantage, 1891 Metro Center Dr., Reston, VA 20190-5287 |

| | | | |
|---|---|---|---|
| 8885810 | + EDI: WFFC | Nov 07 2026 03:18:00 | Wells Fargo Bank, 333 Market Street, San Francisco, CA 94105-2102 |
| 8895267 | + Email/Text: legal@wsgc.com | Nov 06 2026 22:31:00 | Williams-Sonoma, Inc., Attn: Legal Dept Pottery Barn, 3250 Van Ness Ave, San Francisco, CA 94109-1012 |
| 8885813 | + Email/Text: ebankruptcy@woodforest.com | Nov 06 2026 22:31:00 | Woodforest National Bank, 1330 Lake Robbins Dr., The Woodlands, TX 77380-3267 |

TOTAL: 77

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8895094 | | Dallas Veterinary, Dentistry & Oral Surgery, 2700 W State Hwy 114, Bldg 2, Suite D, G |
| 8895252 | | Uncle Warbucks |
| 8895147 | | lnDebted USA, Inc., 1551 Emancipation Hwy, Unit #1511, Frede |
| cr | *+ | Stephen Mckay Harcus, 2604 Starling Street, Denton, TX 76205-2045 |
| 8895045 | * | APPA Group, 1600 Scripture Street, Denton, TX 76201-3809 |
| 8895049 | * | ATI Physical Therapy, 33204 Collection Center Drive, Chicago, IL 60693-0331 |
| 8895039 | * | American Coradius International LLC, 2420 Sweet Home Rd Ste 150, Amherst, NY 14228-2244 |
| 8895042 | *+ | Anderson Injury Lawyers, 1310 El Paso Street, Fort Worth, TX 76102-5908 |
| 8895043 | *+ | Animal Imaging, 500 Paddock Way, Irving, TX 75039-1225 |
| 8895044 | *+ | Animal Medical Center, Highland Village, 2810 Justin Road, Highland Village, TX 75077-7043 |
| 8895046 | * | Argyle Vet, 410 Farm to Market 407E, Argyle, TX 76226 |
| 8895047 | *+ | Aspire Allergy & Sinus, 2436 S Interstate 35, Suite 340, Denton, TX 76205-4900 |
| 8895048 | *+ | Aspire Fertility, 16415 Addison Road, Suite 900, Addison, TX 75001-3268 |
| 8895050 | *+ | Atlantic Urbana II Bonnie Brae LLC, 5051 Westheimer Rd, Suite 1200, Houston, TX 77056-5839 |
| 8895051 | * | Austin Anesthesiology Group, 8104 N Mopac Expy, Bldg 3, Suite 210, Austin, TX 78759 |
| 8895052 | *+ | Auto Science, 750 Valley Ridge Circle, Suite A, Lewisville, TX 75057-3307 |
| 8895055 | *+ | Benuck & Rainey, Inc., 25 Concord Rd, Lee, NH 03861-6624 |
| 8895056 | *+ | Beyond the Ordinary, 4-1104 Kuhioo Hwy, Kapa'a, HI 96746-1628 |
| 8895059 | * | Blue Stone JV, LLP, 3000 Corporate Ct, Suite 400, Flower Mound, TX 75028-2781 |
| 8895060 | *+ | Brian S. Dunn, Hoover Slovacek LLP, 5051 Westheimer Rd., Suite 1200, Houston, TX 77056-5622 |
| 8895061 | * | Buddy Moving, LLC, 15455 Dallas Pkwy, Suite 6023, Addison, TX 75001-4690 |
| 8895063 | *+ | Caliber Holdings, LLC DBA Caliber Collision, Attn: Legal/ Risk Management Dept, 2941 Lake Vista Dr., Lewisville, TX 75067-3801 |
| 8895065 | *+ | Capital Accounts, P.O. Box 680608, Franklin, TN 37068-0608 |
| 8885737 | * | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 8885738 | * | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 8895066 | * | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 8895067 | *+ | Care Fertility, 1701 Park Place Ave, Bedford, TX 76022-6033 |
| 8885819 | *+ | Certegy Payment Solutions, LLC, P.O. Box 908, Grand Junction, CO 81502-0908 |
| 8895068 | *+ | Certegy Payment Solutions, LLC, PO Box 908, Grand Junction, CO 81502-0908 |
| 8895080 | *+ | Complete Health & Wellness, 860 Hebron Pkwy, Suite 1001, Lewisville, TX 75057-5145 |
| 8895081 | *+ | Connley Boyd, 1207 N Oak St, McKinney, TX 75069-2839 |
| 8885821 | * | Credit Collection Services, Attn: Bankruptcy Department, 725 Canton Street, Norwood, MA 02062-2679 |
| 8895091 | *+ | Creekside Pet Care Center, 8830 Davis Boulevard, Keller, TX 76248-0303 |
| 8885762 | * | DFW Airport, 2400 Aviation Dr., DFW Airport, TX 75261 |
| 8895101 | * | DFW Airport, 2400 Aviation Dr., DFW Airport, TX 75261 |
| 8885750 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885751 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885752 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885753 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885754 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8885755 | * | Dallas Pain Specialists, PLLC, 13052 Dallas Pkwy, Suite 220, Dallas, TX 75033-4241 |
| 8895095 | *+ | Dallas Veterinary Surgical Center, 4444 Trinity Mills Rd, Suite 203, Dallas, TX 75287-7047 |
| 8885760 | *+ | Denton Chiropractic Center, 1432 Underwood St, Denton, TX 76201-7002 |
| 8895098 | *+ | Denton Chiropractic Center, 1432 Underwood St., Denton, TX 76201-7002 |
| 8895102 | *+ | Discover, P.O. Box 30416, Salt Lake City, UT 84130-0416 |
| 8895103 | *+ | Double Oak Veterinary Medical Center, 8301 Justin Rd., Double Oak, TX 75077-3092 |

| | | |
|---|---|---|
| 8895226 | *+ | Dr. Steven B. Eustice/, Spinal Health of North Texas, 217 E. University Dr., Denton, TX 76209-2011 |
| 8895105 | *+ | Elevate Brain Injury & Mental Health, 411 N Washington Ave, Suite 5000, Dallas, TX 75246-1713 |
| 8895106 | *+ | Elizabeth Kerner, MD PA, 6130 W. Parker Rd., Suite 110, Plano, TX 75093-7917 |
| 8895119 | *+ | Fifth Gear Automotive, 1975 Archer Way, Lewisville, TX 75077-7626 |
| 8895122 | *+ | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 8895124 | *+ | Fred T. Warzwick, 1208 Anna Street, Suite 1100, Denton, TX 76201-2991 |
| 8895125 | *+ | Freeman Toyota, 204 NE Loop 820, Hurst, TX 76053-7327 |
| 8895129 | *+ | Frost Bank, 111 W Houston St, San Antonio, TX 78205-2114 |
| 8895134 | * | Gregory B. Fell, The Fell Law Firm, 3021 E Renner Rd., Suite 140, Richardson, TX 75082-3579 |
| 8895141 | *+ | HeartPlace, 1604 Hospital Parkway, Ste 301, Bedford, TX 76022-6931 |
| 8885782 | *+ | Jayne Keane, 1870 Juniper Lane, Lewisville, TX 75077-2734 |
| 8895152 | *+ | Joel Cecilio Herrera, 3378 Forest Glen Dr., Corinth, TX 76210-2176 |
| 8895181 | *P++ | MIDWEST FIDELITY SERVICES LLC, 103 SOUTH MAIN STREET, OTTAWA KS 66067-2327, address filed with court:, Midwest Fidelity Services, LLC, 103 S Main St., Ottawa, KS 66067-2327 |
| 8895188 | *+ | National Credit Adjusters, 327 W. 4th Avenue, Hutchison, KS 67501-4842 |
| 8895191 | * | North Dallas Momentum, 9441 Lyndon B Johnson Fwy, Suite 114, Dallas, TX 75243-4635 |
| 8885796 | *+ | Quest Diagnostics Incorporated, Attn: Legal / Billing Department, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 8895211 | *+ | Rebecca T. Vaughn, 117 S. Dallas Street, Ennis, TX 75119-4744 |
| 8895219 | *+ | Seymour Animal Care Clinic, PLLC, 831 Sherry Lane S, Krugerville, TX 76227-2807 |
| 8885836 | *+ | Stephen McKay Harcus, 2604 Starling St, Denton, TX 76205-2045 |
| 8885803 | *P++ | TEXAS HEALTH PHYSICIANS GROUP, PO BOX 975341, DALLAS TX 75397-5341, address filed with court:, Texas Health Physicians Group, Dr. Mark Ginnings, P.O. Box 975341, Dallas, TX 75397 |
| 8885804 | *P++ | TEXAS HEALTH PHYSICIANS GROUP, PO BOX 975341, DALLAS TX 75397-5341, address filed with court:, Texas Health Physicians Group, Orthopedic Surgery Specialists Stuart Mi, P.O. Box 975341, Dallas, TX 75397 |
| 8895237 | *P++ | TEXAS HEALTH PHYSICIANS GROUP, PO BOX 975341, DALLAS TX 75397-5341, address filed with court:, Texas Health Physicians Group, PO Box 975341, Dallas, TX 75397 |
| 8895235 | *+ | Texas Blue Properties, LLC, 512 W. Hickory St., Suite 201, Denton, TX 76201-9000 |
| 8895240 | * | Texas Radiology Associates, PO Box 3368, Indianapolis, IN 46206-3368 |
| 8895242 | *+ | The Mansions at Coyote Ridge, 4253 Hunt Dr., Carrollton, TX 75010-3202 |
| 8895169 | *+ | The Mardia Group, LLC, 825 Watters Creek Blvd., #250, Allen, TX 75013-3770 |
| 8895271 | *+ | Veterinary Specialists North Texas LLC, 4631 Citylake Blvd. W, Fort Worth, TX 76132-3635 |
| 8895272 | * | Vodafone Ireland Limited, 70 St. Stephen's Green, Dublin 2, D02 E2X4, Ireland |
| 8895273 | * | Waxahachie Autoplex, 1800 US 287 Bypass B, Waxahachie, TX 75167-5002 |
| 8895266 | *+ | Wells Fargo Bank, 333 Market Street, San Francisco, CA 94105-2102 |
| 8895274 | *+ | Wells Fargo Bank, 333 Market Street, San Francisco, CA 94105-2102 |
| 8895275 | *+ | Williams-Sonoma, Inc., Attn: Legal Dept Pottery Barn, 3250 Van Ness Ave, San Francisco, CA 94109-1012 |
| 8895276 | *+ | Wohr Law PLLC, 815 N Elm Street, Denton, TX 76201-2996 |
| 8895269 | *+ | Woodforest National Bank, 1330 Lake Robbins Dr, The Woodlands, TX 77380-3267 |
| 8895277 | *+ | Woodforest National Bank, 1330 Lake Robbins Dr, The Woodlands, TX 77380-3267 |
| 8895278 | *+ | Woods Oviatt Gilman LLP, 1900 Bausch & Lomb Place, Rochester, NY 14604-2714 |
| 8885721 | ## | APPA Group, 1600 Scripture St, Denton, TX 76201-3809 |
| 8885822 | ##+ | Ben Yeatts, Designated Title, LLC, 550 Reserve St. #350, Southlake, TX 76092-1555 |
| 8895116 | ##+ | FBCS, Inc., 330 S. Warminster Rd., Suite 353, Hatboro, PA 19040-3433 |
| 8895164 | ## | Lighthouse Family Medical, 6515 Colleyville Blvd, Colleyville, TX 76034-6231 |
| 8895236 | ##+ | Texas Digestive Care, PLLC, 2900 N Interstate 35 #210, Denton, TX 76201-5145 |

TOTAL: 3 Undeliverable, 79 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark A. Weisbart | mweisbart@haywardfirm.com tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2